IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWIN ROJAS<br><br>    Plaintiff,<br><br>v.<br><br>X MOTORSPORT, INC., OFFICER BANASZEWSKI,. and the VILLAGE OF VILLA PARK.<br><br>    Defendants. | Case No. 16-cv-2982<br><br>Judge Gary S. Feinerman |

### AFFIDAVIT OF JILL B. LEWIS

I, Jill B. Lewis, being duly sworn on oath, deposes and states that if called upon to testify at the trial in this matter, could competently state as follows:

1. I am a licensed attorney in the State of Illinois.

2. I represent defendant, X Motorsport, Inc., in this lawsuit.

3. I have personal knowledge of the facts contained in this Affidavit.

4. The facts contained in the attached motion for sanctions are true and correct.

_____
Jill B. Lewis

Signed to and sworn by me this 9th day of

_January_____, 2017.
Notary Public

[Notary seal: OFFICIAL SEAL / FRANCISCO J MAFASA / NOTARY PUBLIC - STATE OF ILLINOIS / MY COMMISSION EXPIRES:02/16/18]



DEFENDANT'S EXHIBIT A