IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

EDWIN ROJAS,                          )

            Plaintiff,             )

      vs.                             )   No. 16-cv-02982

X MOTORSPORT, INC., OFFICER           )

BANASZEWSKI #333, UNKNOWN             )

VILLA PARK POLICE OFFICERS and        )

THE VILLAGE OF VILLA PARK,            )

           Defendants.            )


      The deposition of MAGALIA ROJAS, called for
examination pursuant to Notice and pursuant to the
Rules of Civil Procedure for the United States District
Courts pertaining to the taking of depositions, taken
before Michael R. Urbanski, Certified Shorthand
Reporter and a Notary Public within and for the County
of McHenry and State of Illinois, at 111 West
Washington Street, Suite 1611, Chicago, Illinois, on
August 11, 2016, commencing at the hour of 12:36 p.m.

2

1    APPEARANCES:

2

3            THE BLAKE HORWITZ LAW FIRM, LTD.
             BY: MR. BLAKE HORWITZ and MR. KHALID HASAN
             111 West Washington Street
4            Suite 1611
             Chicago, Illinois 60602
5            (312)676-2100,
                     Representing the Plaintiff,
6

7            BEST, VANDERLAAN & HARRINGTON
             BY: MS. ALISON M. HARRINGTON
8            25 East Washington Street
             Suite 800
9            Chicago, Illinois 60602
             (312)819-1100,
10                   Representing Officer Banaszewski;

11

             MARASA LEWIS
12           BY: MS. JILL B. LEWIS
             One East Wacker Drive
13           Suite 2850
             Chicago, Illinois 60601
14           (312)345-7230,
                     Representing X Motorsport.
15

16

17   Also Present:

18

19   Mr. Edwin Rojas

20

21

22

23

24

3

I N D E X

WITNESS:                                          PAGE

MAGALIA ROJAS

EXAMINATION BY MS. HARRINGTON                     4
EXAMINATION BY MS. LEWIS                          65
CONTINUED EXAMINATION BY MS. HARRINGTON           83
EXAMINATION BY MR. HORWITZ                        94

E X H I B I T S

Number                              For Identification

None so marked.

   C E R T I F I E D   Q U E S T I O N S
   After the incident at the car dealership
   on January 23rd, 2016, did any physician      7
   change the dosages of the medications that
   you took, Lexapro, Risperdal or Lorazepam?

   Do you know where your psychiatrist's         87
   office is located?

   Do you remember what your psychiatrist        89
   told you after you told him about the
   incident?

4

```
1                    (Interpreter sworn.)
2                    ALEX GAITAN,
3    called as an interpreter herein, was sworn to interpret
4    the questions from the English language to the Spanish
5    language and the answers from the Spanish language to
6    the English language.
7                    (Witness sworn.)
8                    MAGALIA ROJAS,
9    having been called as a witness herein, after having
10   been first duly sworn, was examined and testified as
11   follows:
12                   EXAMINATION
13                   BY
14                   MS. HARRINGTON:
15       Q.    Ma'am, can you state your full name for the
16   record, please.
17       A.    My full name is Magalia Rojas.
18       Q.    Have you ever had to give a deposition before?
19       A.    No.
20       Q.    As you can see, there's a court reporter here
21   who's going to take down my words and your words so when
22   you respond, please respond in word format.  You can't
23   shake your head yes or no like that or uh-huh or
24   uhn-uhn.  You need to use words.  Okay?
```

1      A.   That's fine.

2      Q.   If you don't understand a question, please let

3 me know.  Otherwise I'm going to assume you understood a

4 question if you answer it.

5      A.   That's very good.

6      Q.   What is your date of birth?

7      A.   January 3rd of '56.

8      Q.   And do you live at 122 West Schubert Avenue,

9 Glendale Heights?

10     A.   Yes.

11     MR. HORWITZ:  Just do preliminaries.  I'll be right

12 back.

13 BY MS. HARRINGTON:

14     Q.   How long have you lived at that address?

15     A.   Maybe three years.

16     Q.   Do you work?

17     A.   No.

18     Q.   Have you worked outside of the home?

19     A.   Yes.

20     Q.   When was the last time you worked outside of

21 the home?

22     A.   I don't remember any more.

23     Q.   Why don't you work?

24     A.   I am disabled.

6

1   Q.   What kind of disability do you have that

2   prevents you from working?

3   A.   It's psychological.  It's depression.

4   Q.   How long have you been disabled?

5   A.   I don't remember but it's been about three

6   years since I've been disabled.

7   Q.   Are you taking any medications today?

8   A.   Yes.

9   Q.   What medications have you taken today?

10   A.   Lexapro -- Lorazepam.

11   Q.   You're here today because the lawsuit has been

12   filed regarding an incident at a car dealership known as

13   X Motorsports.

14        Do you understand that?

15   A.   Yes.

16   Q.   According to your complaint the incident

17   happened on January 23rd, 2016.

18        Do you understand that?

19   A.   Yes.

20   Q.   Were you on any medications on January 23rd,

21   2016?

22   A.   Yes.  I've always been under medication.

23   Q.   Can you tell me what medications you would

24   have taken on January 23rd, 2016?

1      A.    I take three types of medication.    Lexapro,

2  Risperdal, and Lorazepam.

3      Q.    And did you take Lexapro on January 23rd,

4  2016, before going to the car dealership?

5      A.    I had not taken it at the moment.

6      Q.    When did you normally take your medication?

7      A.    Normally I take them at night to wake up in

8  the morning.

9      Q.    Would you have taken your medications, the

10  Lexapro, the Risperdal and Lorazepam then the evening of

11  January 22nd?

12      A.    No.   I take them before I go to bed.

13      Q.    Then is it fair to say you would have taken

14  the medications that you listed, Lexapro, Risperdal and

15  Lorazepam on January 22nd, 2016, before you went to bed?

16      A.    Before I went to bed, yes.

17      Q.    And did you take those same medications last

18  night before you went to bed?

19      A.    Yes.

20      Q.    After the incident at the car dealership on

21  January 23rd, 2016, did any physician change the dosages

22  of the medications that you took, Lexapro, Risperdal or

23  Lorazepam?

24

8

1    MR. HORWITZ:  Don't answer that question.  Next

2  question.

3              We're not claiming psychiatric injuries.

4  It's a garden variety injury.  Getting into her

5  psychiatric state beyond what you have done would go

6  beyond the garden variety complain -- garden variety

7  claim of damages as it is construed in the case law.

8              I specifically provided you garden variety

9  language in the answers to interrogatories and we're

10  sticking with garden variety.

11              There's a bunch of case law on it and in

12  essence that would be going beyond the purview of garden

13  variety.

14    MS. HARRINGTON:  We'll note the objection.  We'll

15  show it as certified.

16  BY MS. HARRINGTON:

17    Q.   Did you understand the question that I asked?

18    MR. HORWITZ:  You don't have to answer the question

19  because I have explained to her the law in my opinion

20  and it's not necessary for you to answer that question.

21  BY MS. HARRINGTON:

22    Q.   Are you going to follow the instructions of

23  your attorney not to answer the question?

24    A.   I'm going to follow the instructions of my

9

1    attorney.

2         Q.    Have you ever been convicted of a misdemeanor

3    involving dishonesty?

4         A.    Never.

5         Q.    Have you been convicted of any felony?

6         A.    Never.

7         Q.    How long have you lived in the United States?

8         A.    I do not remember exactly but over 30 years.

9         Q.    How many children do you have?

10         A.    Three.

11         Q.    What are their names and ages?

12         A.    Alex, 28, 29, around there.  Evelyn, 25, 26.

13    Edwin, 24.

14         Q.    Do you have an address for Alex?

15         A.    No.

16         Q.    Do you know what town Alex lives in?

17         A.    No.

18         Q.    Have you been to Alex's home?

19         A.    No.

20         Q.    Do you know who Alex lives with?

21         A.    No.

22         Q.    Have you ever spoken to the person Alex lives

23    with?

24         A.    No.  He's very independent from me.

1        Q.    When is the last time you spoke to Alex?

2        A.    About a month ago.

3        Q.    And did you speak to Alex in person or on the

4  phone?

5        A.    He calls me on the phone whenever he feels

6  like he wants to talk to me.

7        Q.    When is the last time that you have seen Alex?

8        A.    I have not seen him lately.

9        Q.    When is the last time you have seen him?

10       A.    It was about six weeks ago.

11       Q.    Where were you when you last saw Alex?

12       A.    I was at my house.

13       Q.    Do you know if Alex has a job?

14       A.    I do not know.

15       Q.    Do you know what kind of work Alex does?

16       A.    No, Alex doesn't provide information to anyone

17  about his life.

18       Q.    When was the last time Alex lived with you?

19       A.    It was three years ago that he lived at the

20  house to stay with us.

21       Q.    Was Alex at your house on January 23rd, 2016,

22  when you went to the car dealership with your son Edwin?

23       A.    No.  No.  It was just him and me.

24       Q.    Can you tell me how did you end up going to

1    the car dealership on January 23rd, 2016?

2         A.    No, it was pretty bad, I was crying, my legs

3    were shaking.

4         Q.    What I want to know, though, is how it was --

5    how the arrangements were made that it was you who ended

6    up going to the dealership with Edwin.

7         A.    He set it up because I don't speak English.

8         Q.    Did Edwin ask you to go with him to the

9    dealership?

10        A.    Yes.

11        Q.    When did Edwin ask you to go to the dealership

12   with him?

13        A.    He always invites me to come along everywhere

14   where he goes.

15        Q.    Did he invite you to go with him that day or

16   another day?

17        A.    No.  He just told me, hey, you want to come

18   along.  I'm going to run an errand.

19        Q.    Can you tell me what time it was when you and

20   Edwin left to go to the car dealership?

21        A.    I do not remember.

22        Q.    When you and Edwin left for the car

23   dealership, what vehicle did you drive?

24        A.    In my car.

1    Q.    Why did you drive your car?

2    A.    He was driving.

3    Q.    But why was your car used to drive to the

4    dealership?

5    A.    Because he did not have a car.

6    Q.    How did Edwin get to your house on

7    January 23rd, 2016, before you went to the car

8    dealership?

9    A.    I picked him up at the train.

10   Q.    What train did you pick him up at?

11   A.    At Villa Park.

12   Q.    Do you know what time the train came in?

13   A.    No.   No.   I was not checking the time.

14   Q.    Do you know where Edwin would have gotten on

15   the train?

16   A.    No.

17   Q.    Do you know -- well, can you tell me if you

18   picked Edwin up from the train in the morning,

19   afternoon, evening?

20   A.    It was around, you know, noon.  I don't

21   remember exactly.

22   Q.    But you feel -- is your recollection that it

23   was around noon?

24   MR. HORWITZ:   I think she just answered that

```
 1    question already clearly.
 2         THE INTERPRETER:  I'm sorry, can I have the
 3    objection.
 4                        (Whereupon, the record was read as
 5                         follows:  I think she just
 6                         answered that question already
 7                         clearly.)
 8         MS. HARRINGTON:  The question is pending.
 9         A.   I'm sorry, what was the question you said?
10         MS. HARRINGTON:  Could you read that back.
11                        (Whereupon, the record was read as
12                         follows:  But you feel -- is your
13                         recollection that it was around
14                         noon?)
15         A.   I don't remember many things, sometimes I
16    forget.
17    BY MS. HARRINGTON:
18         Q.   Do you have any recollection of what time you
19    picked -- what time of day you picked Edwin up from the
20    train?
21         MR. HORWITZ:  This is the third time the question
22    has been asked.  This will be the last time.
23         A.   I picked him up between 12:30 and 1:00 because
24    he told me that we were going to go to the dealer.
```

BY MS. HARRINGTON:

Q.    After you picked up Edwin from the train in Villa Park, where did you go immediately after picking him up?

A.    From the train station we went directly home.

Q.    And when you say you went directly home, are you referring to your address of 122 West Schubert?

A.    Yes.

Q.    When you and Edwin returned home to the 122 West Schubert address, was anyone else at the home?

A.    No.

Q.    Did anyone else arrive at the home before you and Edwin left the home?

A.    No.

Q.    Did you know where the vehicle was that Edwin had purchased from X Motorsports on January 23rd, 2016?

A.    No.

Q.    Did you ever -- did you ever ask Edwin where the vehicle was that he purchased from X Motorsports before you went to the dealership on January 23rd, 2016?

A.    No, because we don't -- we don't talk much. He had worked a lot so it was pretty rare, no.

Q.    If you know, had Edwin worked on January 23rd, 2016, before you picked him up at the train?

1    A.    Yeah, he had worked but he asked to leave

2    early.

3    MS. HARRINGTON:  Blake, I think it's about that

4    time.

5    MR. HORWITZ:  Okay.

6    MS. HARRINGTON:  If you want to take a break here

7    and we'll come back in about a half hour?

8    MR. HORWITZ:  Yep.

9                              (Whereupon, a recess

10                              was taken.)

11   BY MS. HARRINGTON:

12   Q.    Do you know where your son Edwin was working

13   on January 23rd, 2016?

14   A.    Edwin works here downtown.  I don't know

15   exactly where.

16   Q.    Do you know who he works for?

17   A.    Yes, I do.  He works for AT&T.

18   Q.    And on the day of January 23rd, 2016, he was

19   working downtown Chicago at an AT&T store?

20   A.    Yes.  I don't know.

21   MRS. MAGALIA ROJAS:  I don't know.

22   A.    I don't know.

23   MR. HORWITZ:  Okay.  So --

24   MRS. MAGALIA ROJAS:  I forgot.

16

1     MR. HORWITZ:  It's very, very, very important to

2   guess about nothing.  If you think you're guessing about

3   anything, let us know.  You don't have to know the

4   answer to any questions.  Please make sure you don't

5   guess.

6       A.   Yes, he was working.

7   BY MS. HARRINGTON:

8       Q.   Do you know where he was working?

9       A.   At the AT&T company.

10      Q.   And do you know where the AT&T store that he

11  was working at, where that was located?

12      A.   I only know it's on Michigan.

13      Q.   Okay.  But in downtown Chicago?

14           You got to say it out loud, words.

15      A.   Yes.

16      Q.   And when you picked up Edwin from the train on

17  January 23rd, Edwin had been working downtown Chicago at

18  his job at AT&T; is that correct?

19      A.   Yes.

20      Q.   You said that you picked Edwin up from the

21  train station and returned to your home at 122 West

22  Schubert, correct?

23      A.   Yes.

24      Q.   When you and Edwin returned to your home at

1    122 West Schubert, what did you do at the home?

2        A.   I don't remember.

3        Q.   Can you tell me how long you and Edwin stayed

4    at your home after you picked him up from the train

5    station?

6        A.   What happens is that I go into my room and I

7    don't know about time any more.

8        Q.   After you picked up Edwin and returned to your

9    house, did you go into your bedroom?

10       A.   In my bedroom.

11       Q.   And did you go into your bedroom by yourself

12   to lay down or do what?

13       A.   No, I just watch TV.

14       MR. HORWITZ:  Excuse me, do you remember what you

15   did at that moment in time on that day?

16       MS. LEWIS:  Excuse me, she's answering the

17   questions.  Why are you interjecting?  That's improper.

18       MR. HORWITZ:  Because I think she's engaging in

19   guesswork.

20            Do what you want to do.

21                 (Witness speaking in Spanish to

22                  Mr. Horwitz.)

23       MR. HORWITZ:  I'm just asking if you actually

24   remember.

1    MS. LEWIS:  I object to this.

2         MR. HORWITZ:  It's fine.  Your objection is noted.

3         A.    To be honest, there are a lot of things I no

4    longer remember.

5         MR. HORWITZ:  It's very, very important that you do

6    not guess.  You don't have to know the answer to a

7    question all because it's being asked.

8         MS. LEWIS:  You already said that.  I'm sure she

9    comprehended that the first time.

10        MR. HORWITZ:  She's being educated because of

11   her --

12        MS. LEWIS:  You already educated.

13        MR. HORWITZ:  Stop it.

14        MS. LEWIS:  You stop it.  Done.  I'm done with you.

15        MR. HORWITZ:  Let's go.

16                          (The witness and Mr. Edwin Rojas

17                           left the room.)

18        MR. HORWITZ:  Don't interrupt me when I'm talking

19   to my client.  It's disrespectful.

20        MS. LEWIS:  You've already made us wait here an

21   hour.

22        MR. HORWITZ:  Do what you want to do.  Leave.

23   Good-bye.

24        MS. LEWIS:  You want to pay me?

1    MR. HORWITZ: Go, go. Do what you want to do.

2    We'll be back in a couple minutes.

3    MS. LEWIS: You're rude, rude, rude.

4                          (Whereupon, a brief recess

5                           was taken.)

6    MR. HORWITZ: We're back.

7    MS. HARRINGTON: Mike, what was the last question,

8    please.

9                          (Whereupon, the record was read as

10                          follows: And did you go into

11                          your bedroom by yourself to lay

12                          down or do what?

13                          A. No, I just watch TV.)

14   BY MS. HARRINGTON:

15   Q. Ms. Rojas, do you have a recollection of what

16   you did after picking up your son from the train station

17   and returning to your home?

18   A. I don't remember anything.

19   Q. Can you tell me how long you stayed at your

20   home before you -- well, let me ask you this -- strike

21   that.

22                When you -- after you returned to your

23   home with Edwin from this train station, where is the

24   next place you went from your home?

1    A.    To the dealer.

2    Q.    Can you tell me how long you were at your

3    house before you left to go to the dealership?

4    A.    No.  I don't remember.

5    Q.    Can you tell me any conversations that you had

6    with your son Edwin from the time that you picked him up

7    from the train station until you left your house for the

8    dealership?

9    A.    No.

10    Q.    Did you ask your son where the vehicle was

11    that he purchased from X Motorsports?

12    A.    Yes.

13    Q.    And what was his response?

14    A.    He just told me, you just calm down.

15    Q.    When did you ask him about where the vehicle

16    was?

17    A.    Yeah, I don't ask my kids because I don't get

18    involved in their private lives.

19    Q.    Well, you just told me that you did ask so let

20    me clarify this.

21          Before you went to the dealership on

22    January 23rd, 2016, with Edwin, did you ask your son

23    where the car was that he purchased?

24    A.    Yeah.  I already said that he told me for me

1    not to worry.

2         Q.    Did you know that the vehicle was at a

3    mechanic shop?

4         A.    Yeah, I did not know nothing because I don't

5    get informed about anything.

6         Q.    Did you have any information about the

7    mechanical condition of the vehicle before you went to

8    the dealership?

9         A.    Yeah, that I knew because I knew it was not

10   working because he asked me for a ride.

11        Q.    When did your son ask you for a ride?

12        A.    I don't remember.

13        Q.    When you say he asked you for a ride, are you

14   saying he asked you for a ride to the dealership or

15   somewhere else?

16        A.    To go to the dealer.

17        Q.    How far is the train station from your house?

18   How long does it take to drive?

19        A.    About 15 minutes.

20        Q.    How long does it take to drive to the

21   dealership from your house?

22        A.    Around the same time.  It's close by.

23        Q.    And did Edwin ever discuss with you before you

24   went to the dealership why he needed to go to the

1    dealership on that day?

2        A.    No.   He just told me -- he just asked me if I

3    could come along.   That's it.

4        Q.    So when you drove your son Edwin to the

5    dealership on January 23rd, 2016, you did not know that

6    he was seeking to get his down payment back?

7        A.    Yes.

8        Q.    The only information that you had going to the

9    dealership is that your son just asked you to come

10   along?

11       A.    That was the only thing he said to me.

12       Q.    And for I think everyone's benefit, you need

13   to let him say the whole question to you, okay, before

14   you start answering, okay?

15       A.    That's fine.

16       Q.    Who drove your car to the car dealership?

17       A.    He did.

18       Q.    Meaning Edwin?  Is that a yes?

19       A.    Yes, Edwin.

20       Q.    And do you recall having any conversations

21   with Edwin from -- in driving in the car from your house

22   to the dealership?

23       A.    No.

24       Q.    When you were at home after you picked up

1    Edwin from the train station, did you -- do you recall

2    having any phone calls with anyone while you were at

3    home before you left for the dealership?

4         A.    No.

5         Q.    And it's my understanding you don't have a

6    house phone, is that right, just cell phones?

7         A.    Yes.

8         Q.    And what is your cell number?

9         A.    The area code is 708-228-4968.

10        Q.    And who is your cell phone carrier?

11        A.    T-Mobile.

12        Q.    Can you tell me what time you arrived at the

13   car dealership?

14        A.    Between 6:30 and 7:00.

15        Q.    Was there any sunlight or had the sun set?

16        A.    To be honest, I don't remember.

17        Q.    When you arrived at the dealership, can you

18   tell me if you saw anyone that appeared to be a customer

19   kind of walking around the lot looking at any vehicles,

20   things of that nature?

21        A.    I don't remember.

22        Q.    Can you tell me where the vehicle you were

23   riding in was parked?

24        A.    On the street.

1    Q.    On what street?

2    A.    On a street that's between North and -- I

3  don't really remember.

4    Q.    Were you parked in the parking lot of the

5  dealership?

6    MRS. MAGALIA ROJAS:  No, dealer, no.

7    MS. HARRINGTON:  You have to let him translate,

8  okay.

9    THE INTERPRETER:  Sorry, what was the question?

10                      (Whereupon, the record was read as

11                       follows:  Were you parked in the

12                       parking lot of the dealership?)

13    A.    No.

14  BY MS. HARRINGTON:

15    Q.    So your recollection is that the vehicle you

16  came in was parked on a street; is that correct?

17                  Is that yes?

18    A.    Yes.

19    Q.    And once the vehicle was parked, what's the

20  next thing that you did?

21    A.    I went with my son directly to the

22  dealership's office.

23    Q.    Before you entered the dealership building,

24  did you or your son speak to anyone?

1        A.   I did not speak to anyone.  He didn't speak to

2  anyone.  He went right into the office and talked to the

3  appropriate person.

4        Q.   Can you tell me where or how you entered the

5  building, from what side or what door?

6        A.   No.

7        Q.   Do you remember if it was a single door or a

8  double door that you entered through?

9        A.   No.

10        Q.   Can you tell me if you entered from this --

11  either the sides of the building or the front of the

12  building?

13        A.   Through the front.

14        Q.   Once you entered -- well, let me ask you this:

15                 Were you able to open the door to enter

16  the building or did somebody open it for you?

17        A.   My son opened the door for me to get in.

18        Q.   When you and your son entered the building,

19  did anyone approach you to figure out what you needed or

20  who you needed to speak to?

21        A.   No.  My son came in and he talked to the

22  appropriate person and then in a few minutes the police

23  officer appeared.

24        Q.   Let me ask you this:

1             Before you entered the building, the

2   dealership building, when you were walking from your car

3   to the dealership, did you see any police officer?

4       A.   No.

5       Q.   You indicated that when you entered the

6   building, your son spoke to the appropriate person.

7             Do you know who he spoke to?

8       A.   No.

9       Q.   Can you describe who your son spoke to when

10   you talked about the appropriate person, what he looked

11   like?

12       A.   No.  He went into a room like this one and I

13   remained outside.

14       Q.   All right.  When you entered the building, the

15   dealership, and you indicated that your son spoke to the

16   appropriate person, did you actually see your son speak

17   to somebody before he went into another room?

18       A.   I saw that there was a person sitting there

19   and my son came in and that was it.

20       Q.   When you say you saw somebody sitting there,

21   are you saying that you saw somebody sitting in that

22   room that your son went into?

23       A.   They were talking, the two of them.

24       Q.   Right, but the two people, your son and this

1   other person, when they were talking, were they in

2   another room that you could see them in?

3        A.   I'm sorry, what other person?

4        Q.   You indicated that your son, when you entered

5   the building, your son spoke to the appropriate person.

6                 Do you recall that?

7   MR. HORWITZ:  I need you guys to stop.  There's a

8   translation problem.  She said (speaking Spanish).  She

9   did not say (speaking Spanish), so I just think that's

10  creating a problem with what she said and then a problem

11  with the concept.

12             And it's a slight difference and I think

13  it's creating a problem with what's happening.  But I

14  would just -- I don't know what to do about it other

15  than --

16  MS. LEWIS:  What's the difference?

17  MR. HORWITZ:  She said the person indicated and

18  then in Spanish it's he spoke to the person that was

19  indicated, okay, and then --

20  MS. LEWIS:  As opposed to appropriate?

21  MR. HORWITZ:  Appropriate.  And there's just a

22  slight difference.

23             And I don't know if -- it seems to me with

24  your questioning and with what the case is about that

1    there's a difference, so I'm just saying it because

2    that's what I am sensing so --

3            THE INTERPRETER:  Just for the record.  Interpreter

4    speaking, the way I am interpreting the comment is when

5    the person says the indicated person, in Spanish that is

6    meant to be the appropriate person to perform the task

7    of customer service.

8            MR. HORWITZ:  It might be true.

9            THE INTERPRETER:  The indicated person, I don't --

10   other than being pointed to, I don't know what that

11   would mean but I don't think that's the context.

12           MR. HORWITZ:  I think -- right.  I think what she's

13   appreciating might be different so I'm just raising it.

14           THE INTERPRETER:  And, counsel --

15           MR. HORWITZ:  My client has confirmed.

16           THE INTERPRETER:  Counsel is free to explore what

17   she means by the appropriate person or indicated person.

18           MS. HARRINGTON:  Okay.  Let's start back again.

19   BY MS. HARRINGTON:

20       Q.    When you entered the building with your son,

21   was there -- was your son directed to speak to somebody?

22       A.    Yes.

23       Q.    Who directed your son to go speak with

24   somebody?

1        A.    He was just told where the office was.

2        Q.    Can you describe for me the person who told

3  your son where the office was?

4        A.    No.

5        Q.    Can you tell me if the person who told your

6  son where the office was was a man or a woman?

7        A.    It was a man.

8        Q.    Can you tell me if that man was white or black

9  or Hispanic?

10       MRS. MAGALIA ROJAS:  I don't know.

11                    (Translated)

12        A.    I don't know.

13  BY MS. HARRINGTON:

14        Q.    Can you give me an approximation of the man's

15  age who told your son where the office was?

16        A.    No.

17        Q.    When you and your son entered the building or

18  the dealership, did you see any other people that you

19  believed to be customers?

20        A.    No, I don't notice those things.  I don't

21  really care.

22        Q.    When you entered the building with your son,

23  did you see people that you believed to be employees or

24  people who worked at the dealership?

1       A.      I only saw people and that's all I know.

2       Q.      Other than yourself and your son, can you tell

3  me how many people were in the building when you

4  entered?

5       A.      No.

6       Q.      And when you entered the building and your son

7  was told where the office was, did you see a police

8  officer at that time?

9       A.      No.

10       Q.      You stated that your son went into an office

11  and you stayed out.

12              Where did you stay?

13       A.      Yeah, outside.  I mean, not inside.  I was

14  outside.  Outside is outside and inside is inside.

15       Q.      But you were inside the dealership when your

16  son went into that office; is that correct?

17       A.      Yes.

18       Q.      Were you -- were you in the showroom area when

19  your son was in the office?

20       A.      Yes, I was standing.

21       Q.      Where were you standing?

22       A.      I don't remember.

23       Q.      Do you know --

24       MRS. MAGALIA ROJAS:  I'm sorry, I forgot.

(Translated)

A.   I'm sorry, but I forgot.

BY MS. HARRINGTON:

Q.   Do you know if you were standing near any door to go in and out of the dealership?

A.   I don't remember.

Q.   Can you tell me then -- your son goes into this office, you are in the showroom or outside in the showroom area.

Can you tell me how you learned something was going on?

A.   I never said that anything was going on.  I said he went into an office.

Q.   Right.  But we filed a lawsuit that indicates something happened at the dealership, correct?

MRS. MAGALIA ROJAS:   (Speaking in Spanish.)

MR. HORWITZ:  Hold on.  Ask another question.  Just ask the question.

She filed a lawsuit because they talked to me, I'm an attorney, I file lawsuits when people identify these in this scenario of a federal civil rights violation and other things so let's just move on to another question.

MS. HARRINGTON:   Can I just have an answer?  Was

1    there a yes?

2        MR. HORWITZ:  I'm going to instruct her not to

3    answer the question.  Move on.

4        MS. LEWIS:  Actually you told the judge that you

5    didn't talk to her before you filed the lawsuit but

6    that's a different story.

7        MR. HORWITZ:  Bring that up to the judge.

8        MS. LEWIS:  I'm just saying what you said, correct

9    what you just said, unless you lied to the judge.

10   BY MS. HARRINGTON:

11       Q.   What I want to know is did you become aware at

12   some point that there was some sort of dispute between

13   your son and somebody at the dealership while you were

14   waiting in the showroom?

15       A.   No, I did not know anything.

16       Q.   How long did you wait in the showroom area for

17   your son?

18       A.   I waited there for him to come out.  I don't

19   know exactly how long he took.

20       Q.   While you were waiting for Edwin to come out

21   of the office, did you hear any conversations between

22   Edwin and anyone with the dealership?

23       A.   No.

24       Q.   While you were waiting for your son Edwin and

1    he was in that office, did you see any person lock any

2    doors to get in and out of the building?

3          A.    I'm sorry?

4                           (Whereupon, the record was read as

5                            follows:  While you were waiting

6                            for your son Edwin and he was in

7                            that office, did you see any

8                            person lock any doors to get in

9                            and out of the building?)

10         A.    When Edwin got out of the office, the police

11   came next to him.

12   BY MS. HARRINGTON:

13         Q.    But my question was --

14         MR. HORWITZ:  Are you done?  Did you finish your

15   answer?

16         A.    Yes.  The police officer came.

17         MR. HORWITZ:  Hold on.

18         MS. HARRINGTON:  Blake.

19         MR. HORWITZ:  Did you finish?  Do you know what the

20   question is?

21         A.    The question was he came out and the police

22   officer came.  I don't understand.

23         MR. EDWIN ROJAS:  Can we give her a break?

24         MR. HORWITZ:  Yeah, give her a break.

1    MS. HARRINGTON:  We have a question pending.  I

2  want an answer to the question pending.  Then we can

3  take a break.

4    A.   No.

5    MR. HORWITZ:  Okay.  Good.

6    A.   I saw -- I saw when -- but you're not

7  understanding me, see.

8           My son was in the room talking to the

9  gentleman.  My son came with the person that he was

10  talking with and then the police officer came.

11           When the police officer came, they locked

12  the doors.

13    MR. HORWITZ:  Is that the end of your answer?

14    A.   Yes.

15    MR. HORWITZ:  Okay.  (Speaking Spanish to the

16  witness.)

17           We're going to take a break.

18                (Whereupon, a brief recess

19                 was taken.)

20    MR. HORWITZ:  My client has a very low level of

21  education.  It's hard for her to focus on these

22  questions.  It's very stressful for her to be here.

23           And I understand she has a responsibility

24  to answer questions.  I'm just making a record of what I

1    just said.

2              So her low level of education makes it so

3    her capacity to comprehend is much less than many people

4    who litigate cases in this country.

5              That's it.

6    BY MS. HARRINGTON:

7         Q.   When you were sitting in the showroom area and

8    your son was in the room with the gentleman, was the

9    door open or closed for that room your son was in?

10        A.   No, not until they came out, you know, the

11   people came and then they closed it.

12        Q.   No.  No.  Okay.  My question was different.

13             Your son went into an office and you

14   stayed in the showroom, correct?

15        A.   Yes.

16        Q.   And when your son went into that office with

17   the gentleman, did that office have a door?

18        A.   Yes.

19        Q.   And when your son went into that office with

20   the gentleman, did the -- was the door opened or closed

21   when your son was inside it with the gentleman?

22        A.   That door was open.  The one that closed up

23   was the one that leads to the street.

24        Q.   When your son was in the office with the

1   gentleman, can you tell me how far away you were from

2   that office?

3        A.    I don't know any more.  I was shaking, I was

4   feeling, you know, desperate, my legs were shaking, my

5   body was shaking so I don't remember.

6        Q.    When your son was in the office with the

7   gentleman, were you shaking?

8        A.    When I saw the police officer that came near

9   him.

10       Q.    And you saw the police officer after your son

11  came out of that office with the gentleman, correct?

12       A.    When they came out together, the police

13  officer came like from this side, the opposite side.

14  Then they came and then they closed up the doors.

15       Q.    Before your son and the gentleman walked out

16  of the office, did you see a police officer in the

17  showroom?

18       THE INTERPRETER:  I'm sorry, can I have that again?

19                      (Whereupon, the record was read as

20                       follows:  Before your son and the

21                       gentleman walked out of the

22                       office, did you see a police

23                       officer in the showroom?)

24       A.    No.

1    MR. HORWITZ:  We are going over the same stuff.  I

2    understand that you want to get -- I understand you want

3    to get the answers.  I get it.  I understand the issues

4    with that.

5              But this should only go on for so much

6    longer.  It's not necessary.  I get what you want.  I

7    understand the specificity of your desires for your

8    questions and they're good questions but repetitive.

9              She has demonstrated her capacity to

10   recollect.  I have put a record on what's going on.  I

11   respect what your intentions are.  I know who you

12   represent.  And I believe this should only go on for a

13   bit longer.

14    MS. HARRINGTON:  Blake, I'll just say this for the

15   record, I understand what you're saying.  The questions

16   I am asking are not duplicative and, in fact, there's

17   been confusion from the witness.  Therefore, it needs to

18   be clarified.  And if I feel it needs to be clarified,

19   I'm going to keep trying to create the time line because

20   the time line in this case, as you know, is important

21   and that's what I'm attempting to do.

22              I believe it's well within my rights to do

23   that.

24    MR. HORWITZ:  I think the degree of complication

1   attributable to your questions is what is the problem
2   because when you ask a question like what was occurring
3   when the door was closed and open and the distance and
4   all that kind of stuff, you're just going to throw this
5   witness off.
6               What happened next, breaking down --
7   again, I understand for other witnesses, I do the same
8   thing, I'm not questioning your intentions.  I respect
9   it.
10              But I'm just saying we're going to be here
11  for hours and it's going to continue to be confusing and
12  I don't think that it's going to land what you're
13  seeking.  And then it gets to a point of being too much.
14              So if we were at trial, whatever judge
15  would say, okay, we have done this already, we've gone
16  over and over and over again.  The jury understands the
17  level of confusion or not confusion and all that kind of
18  stuff.
19              So I'm just gently making that request
20  right now.  That's all I want to say.
21       MS. HARRINGTON:  I'm going to continue to do what I
22  need to do and ask the questions that I need to ask like
23  this is any other witness which is what I have to do as
24  part of my job.

1    MR. HORWITZ:  There will come a time where I will

2  direct her to stop answering.

3    MS. HARRINGTON:  That is your right and we can go

4  back into court.  And that's fine.

5  BY MS. HARRINGTON:

6    Q.   When you saw your son Edwin and the gentleman

7  come out of the office, could you hear what they were

8  saying to one another?

9    MR. HORWITZ:  What gentleman?  Objection, vague and

10  ambiguous, speculation.

11    A.   No, I don't understand English.

12  BY MS. HARRINGTON:

13    Q.   Can you describe the person who was in the

14  office with Edwin?

15    A.   No.

16    Q.   You referred to the person who was in the

17  office with Edwin as a gentleman.

18         Was it a man?

19    A.   It was a man.

20    Q.   Could you tell me the color of that man's

21  hair?

22    A.   No.  I don't notice people.

23    Q.   Could you tell me what that man who was in the

24  office with Edwin was wearing?

1        A.    No.

2        Q.    Other than Edwin and this man, did you see

3  anyone else go into that office with Edwin and that man?

4        A.    No.

5        Q.    You indicated that Edwin and this man came out

6  of the office and a police officer approached them; is

7  that right?

8        A.    He came from the other side.

9        Q.    He came from the other side of what?

10       A.    We were standing right here and the police

11  officer came from over here.

12       Q.    When Edwin and this gentleman came out of the

13  office, were you standing with them or where were you?

14       THE INTERPRETER:  Sorry, can I have that again.

15                      (Whereupon, the record was read as

16                         follows:  When Edwin and this

17                         gentleman came out of the office,

18                         were you standing with them or

19                         where were you?)

20       A.    Well, I was just -- I was standing around

21  there but, you know, since I don't know what they were

22  speaking.

23  BY MS. HARRINGTON:

24       Q.    And so you do not understand English; is that

1    correct?

2        A.    I do not.

3        Q.    When Edwin and this man came out of the

4    office, was anyone speaking with raised voices?

5        A.    Yeah.  The gentleman that was talking to

6    Edwin, yeah, he was speaking to him loudly.

7        Q.    I understand you told me that you do not speak

8    English or understand English.

9              Do you -- can you tell me anything that

10   the police officer said in front of you?

11       A.    The police officer came and he locked up the

12   door and that was it.

13       Q.    Who locked up the door?

14       A.    The police officer and another person.

15       Q.    How many doors were locked?

16       A.    I don't know.

17       Q.    How many doors did you see get locked?

18       A.    The one that I was standing at.

19       Q.    And the police officer locked the door in

20   front of you?

21       A.    Yes.

22       Q.    How did he lock the door?  What did he do?

23       A.    With his hand.

24       Q.    And how did he lock the door?

1    A.   My son was coming with the gentleman that he
2  was talking to and then the police officer came and he
3  spoke with my son, too, and then the police officer --
4  the police officer came and I was standing near the
5  door.  Then the police officer came and he locked the
6  door.
7            And then I told my son, call the police,
8  call the police.
9    MR. HORWITZ:  We're talking a break.  I'll be right
10  back shortly.
11                    (Whereupon, a brief recess
12                      was taken.)
13    MR. HORWITZ:  Okay.  I got to make a record.
14            How are you doing?
15            Magalia, how are you doing?
16    A.   Good.
17    MR. HORWITZ:  Are you nervous?
18    A.   I'm nervous, yes, but I would --
19    MR. HORWITZ:  Are you feeling okay enough to
20  participate in the deposition?
21    A.   Yes.
22    MR. HORWITZ:  Okay.  Let's go.
23  BY MS. HARRINGTON:
24    Q.   When we took a break, you were describing who

1   had locked the doors to leave the dealership.

2              Who did you see lock a door?

3       A.   I didn't see anything.

4       Q.   Okay.  Are you telling me that you did not see

5   any person lock a door at the dealership which prevented

6   you from leaving the dealership?

7       A.   I did not see who locked the door but the door

8   was locked because I tried to open it.

9       Q.   Understood.  Just to clarify, I think before

10  we took the break then, you did not see a police officer

11  lock any door at the dealership; is that correct?

12      MS. LEWIS:  I'm going to object to that question

13  because it was asked and answered and she said she did

14  see a police officer lock the door very clearly.

15      MR. HORWITZ:  You don't like that?

16              So you can answer the question, okay.

17      MS. LEWIS:  Go ahead, she can go ahead and answer.

18      A.   I'm sorry, what did you say?

19      MS. HARRINGTON:  Can you reread the question,

20  please.

21                      (Whereupon, the record was read as

22                       follows:  Just to clarify, I

23                       think before we took the break

24                       then, you did not see a police

1              officer lock any door at the

2              dealership; is that correct?)

3         MS. LEWIS:   Same objection.

4         A.    There were some people there but I did not see

5    that they locked the door.

6    BY MS. HARRINGTON:

7         Q.    But specifically my question was you did not

8    see a police officer lock any door at the dealership,

9    correct?

10        A.    It was a man that locked it.

11        Q.    So you did see a man lock the door then; is

12   that right?

13        A.    Yes.

14        Q.    Can you tell me what that man who locked the

15   door was wearing?

16        A.    No.

17        Q.    Was the man who locked the door wearing a

18   police uniform?

19        A.    No.

20        Q.    Did somebody unlock the door?

21        A.    Later on.

22        Q.    Can you tell me how long the door was locked?

23        A.    I did not see the time.

24        Q.    Do you have an estimate of minutes of how long

1 the door was locked?

2      A.   To be honest, I was going kind of crazy there.

3 I was crying.

4      Q.   Why were you -- you just described you were

5 going crazy and crying.

6             Why were you going crazy and crying?  What

7 made you do that?

8      A.   Because my son has never had any problems.

9 For me that was kind of a problem.  And it was like as

10 if he was going to get killed.

11      MS. HARRINGTON:  Can you repeat that answer?

12                (Whereupon, the record was read as

13                 follows:  Because my son has

14                 never had any problems.  For me

15                 that was kind of a problem.  And

16                 "he was acting" (sic) like he was

17                 going to get killed.)

18 BY MS. HARRINGTON:

19      Q.   How was your son acting that like he was going

20 to get killed?

21      MR. HORWITZ:  That's not what she said.

22             Making a clear record.  That's not what

23 she said.  At least I don't think that's what she said,

24 but anyways, go ahead.

1    That's not what she said.

2         MS. HARRINGTON:  Okay.

3         MS. LEWIS:  I mean you're the certified

4    interpreter, if that's how you interpreted it, that's

5    how it is.

6         THE INTERPRETER:  Can I have that read back,

7    please.

8         MR. HORWITZ:  I will do and say exactly what I will

9    do and say.

10        MS. LEWIS:  I never said you couldn't.

11        MR. HORWITZ:  You don't declare any reality.

12        MS. LEWIS:  I never said you couldn't.  Chill.

13        MR. HORWITZ:  I observed something, I'm fluent in

14   Spanish, I studied in Spain, I know how to speak it.

15             Regardless, it's not what she said.  I'm

16   here to make sure --

17        MS. LEWIS:  So says you.

18        MR. HORWITZ:  Don't interrupt me when I talk unless

19   you need to and then you can finish.

20        MS. LEWIS:  I needed to.

21        MR. HORWITZ:  Then feel free to be done when you're

22   done.  Go ahead and say what you like, the floor is

23   open.

24             Okay.  You're not talking.  So I'm going

1    to make sure there's a clear record and make sure that

2    everything is said clearly and done clearly.  That's an

3    attorney's job pursuant to Rule 30 or 31, I keep

4    forgetting the number for a dep in federal court.

5         THE INTERPRETER:  You want to see if I -- the

6    record is clear?

7         MR. HORWITZ:  No.  I said it.  Don't worry about

8    it.  She'll do what she says.

9         THE INTERPRETER:  I guess you can explore.

10   BY MS. HARRINGTON:

11        Q.   How was your son acting that made you cry and

12   be upset?  What was happening?

13        A.   I suffer from anxiety, nervousness, I have

14   three illnesses from the nervous system.

15        Q.   What illnesses?

16        A.   I don't remember.  The psychiatrist told me.

17        Q.   My question for you, though, is you described

18   that you were going crazy and crying.

19             Can you tell me what was happening that

20   made you cry?

21        A.   When I saw the police officer, you know, next

22   to my son, I felt that the police officer was going to

23   kill my son and that's why I got very nervous.

24        Q.   When you saw the police officer near your son,

1    could you -- was there any conversation between the

2    officer and your son?

3         A.    Yes, they spoke.

4         Q.    Was the police officer raising his voice?

5         A.    No.

6         Q.    Did the police officer draw his weapon?

7         A.    No.

8         Q.    Did the police officer take out his handcuffs?

9         A.    I'm afraid of police officers.

10        Q.    Did the police officer take out his handcuffs?

11        A.    No.

12        Q.    Why are you afraid of police officers?

13        A.    I don't know.

14        Q.    Were you afraid of police officers before you

15   went to the dealership on January 23rd, 2016?

16        A.    Yeah, I'm generally afraid of police.  You

17   know, when I'm driving, you know, I have a license and

18   everything, but, you know, when I'm driving in general,

19   I'm afraid of police.

20        Q.    I understand that.  I'm just -- I just want to

21   know, were you afraid of police officers before you even

22   went to the dealership on January 23rd?

23        A.    I was scared to death looking at the police

24   officer near my son.

1     Q.    That wasn't my question.

2           I want to know if you had a fear of police

3     officers in general before you even went to that

4     dealership on January 23rd, 2016.

5     A.    No.

6     Q.    Was there something that the police officer

7     you saw at the dealership did that scared you?

8     A.    Look, since I don't speak English, I did not

9     know what was happening.

10    Q.    I understand.  You didn't understand what was

11    being said between the police officer and your son.

12    Correct?

13          Is that yes?

14    A.    Yes.

15    Q.    Did you see the police officer do anything

16    that scared you?

17    A.    I thought that the gentleman from the

18    dealership, that he was going to put my son in jail or

19    that the police officer was going to kill my son.  All

20    of that came to my mind.

21    Q.    Did you see the police officer touch Edwin?

22    A.    No.

23    Q.    Did you see the -- any person -- let me strike

24    that.

1          Did you see any person touch your son in

2     the dealership?

3          A.    No.

4          Q.    Were you scared because a police officer was

5     there?

6          A.    Yes.

7          Q.    Before January 23rd, 2016, did you have any

8     bad experience with a police officer that made you

9     afraid of them?

10         A.    I never had any problems with police.

11         Q.    Is there anything you can tell me that the

12    officer did with his body that scared you?

13         A.    No.  I got nervous because I saw him there.

14         Q.    Were you nervous because you saw a police

15    officer and thought your son might be in trouble?

16              Hold on.  You got to let him interpret.

17         THE INTERPRETER:  Wait.  Wait.  I'm sorry, can I

18    have that read again, please.

19                        (Whereupon, the record was read as

20                         follows:  Were you nervous

21                         because you saw a police officer

22                         and thought your son might be in

23                         trouble?)

24         A.    Yes.

BY MS. HARRINGTON:

    Q.    After the man that you saw lock the door lock the door, can you tell me what happened in the dealership when the door was locked?

    MR. HORWITZ:  What do you mean by in the dealership?  Like in the whole space called the dealership, what she saw, what she observed, what she heard?

    MS. HARRINGTON:  Where she was located.

    MR. HORWITZ:  Where her body was after the door was locked?

    MS. HARRINGTON:  What happened after the -- what she observed after the door was locked.

    You want me to rephrase it if it's unclear?  I can do that.

    MR. HORWITZ:  Yeah.

    MS. HARRINGTON:  I can do that.

BY MS. HARRINGTON:

    Q.    Ma'am, what I want to know is you told us a man locked the door.

    After the door was locked, what happened in the dealership around you that you saw?

    A.    Around me was my son speaking on the phone, and then I also spoke on the phone and I was crying.  My

1    husband -- and then my husband told me for me to calm

2    down, that the police didn't have any reason to kill my

3    son because he was not, you know, a criminal and that he

4    was doing nothing wrong.  That he was just actually

5    claiming his rights.

6         Q.    Did you call somebody?

7         A.    Just my husband.

8         Q.    And did you call your husband on your cell

9    phone?

10        A.    From my cell phone to his cell phone.

11        Q.    And I think you indicated that Edwin was also

12   on the phone at the same time; is that right?

13        A.    Yes.

14        Q.    Do you know who Edwin was on the phone with?

15        A.    With the police.  Oh, I don't know who he was

16   talking to, to be honest.

17        Q.    Okay.  Can you tell me anything that Edwin

18   said on the phone?

19        A.    No, because he was not speaking Spanish.

20        Q.    And when you were on the phone with your

21   husband, do you know where your husband was?

22        A.    Working.

23        Q.    And your husband told you to calm down, that

24   there's no reason for the police to kill your son and

1    that he had -- your son had done nothing wrong but

2    assert his rights; is that right?

3         MR. HORWITZ:  Hold on.  You missed it a little bit.

4              That's not what she said.  She said all he

5    was doing was asserting his rights, and that's fine,

6    something like that is what she said, but whatever.

7         MS. HARRINGTON:  That's what I said.

8         MR. HORWITZ:  It's close to what you said.

9         MS. HARRINGTON:  Okay.

10             Can you reread the question?

11                  (Whereupon, the record was read as

12                   follows:  And your husband told

13                   you to calm down, that there's no

14                   reason for the police to kill

15                   your son and that he had -- your

16                   son had done nothing wrong but

17                   assert his rights; is that

18                   right?)

19        A.   Yeah, to talk about the rights that he needed.

20    BY MS. HARRINGTON:

21        Q.   Do you remember what you told your husband?

22        A.   No.

23        Q.   Did you speak to the -- well, let me ask you

24    this:

1                 How many police officers did you see at

2    the dealership?

3         A.    Just one.

4         Q.    Did you speak to the police officer at the

5    dealership at all?

6         A.    I don't speak English.

7         Q.    Did you ask the police officer if he was a

8    police officer?

9         A.    Yes.

10        Q.    When you -- after the door was unlocked, who

11   opened -- who pushed open the door?

12        A.    He did -- I don't remember who was the one

13   that opened it.

14        Q.    I think I need clarification because when you

15   say he did, who do you mean he did?

16        A.    I don't know who it was.

17        Q.    And do you know who unlocked the door?

18        A.    No.

19        Q.    When the door was unlocked, what did you do?

20        A.    I don't remember.

21        Q.    Did you leave the building?

22        A.    Yeah.   Of course we got out.

23        Q.    And once you walked out of the building, where

24   did you go?

1       A.   To my house.

2       Q.   But before you left the dealership, did Edwin

3  speak to the police officer outside of the dealership

4  building?

5       A.   No.  I don't remember.

6       Q.   Did you at any time see a police officer

7  attempt to hand Edwin a piece of paper?

8       A.   No.

9       Q.   Were you able to walk out of the dealership on

10  your own power, walk yourself?

11       A.   Yes.

12       Q.   Did your son Edwin ever raise his voice inside

13  the dealership that you heard?

14       A.   No.

15       Q.   Once the door to the dealership was unlocked,

16  did any person attempt to prevent you or your son from

17  leaving the building?

18       A.   No.

19       Q.   When you walked outside of the building, did

20  you walk directly to your car?

21       A.   Yes.

22       Q.   Did any person attempt to prevent you or your

23  son from walking to your car?

24       A.   No.  I did not notice.

1    Q.    And then you were -- then who drove home or

2    who drove the vehicle to leave the dealership?

3    A.    He did.

4    Q.    You pointed towards Edwin.

5          Did Edwin drive the car?

6    A.    Edwin drove my car.

7    Q.    And where did you guys go after you left the

8    dealership?

9    A.    Home.

10    Q.    And when you arrived home, was anyone there?

11    A.    No.

12    Q.    Did you at any point contact Alex about the

13    visit to the dealership?

14    A.    No.

15    Q.    Did you call Alex from the dealership to tell

16    him that there was something going on there?

17    A.    No, not at all, no.

18    Q.    Was Alex living in your home on January 23rd,

19    2016?

20    A.    He came a day before to the house.

21    Q.    What do you mean -- did he come for a visit

22    the day before or was he living there?

23    A.    No, he just came to -- he just came to visit.

24    He was on my house only for about ten minutes.

1    Q.    Were you ever present with Alex when he called

2    the police station?

3    A.    Alex never called the police station.

4    Q.    Can your husband speak English?

5    A.    No.

6    Q.    And the cell number 630-890-9774, is that

7    Alex's cell number?

8    A.    I don't know Alex's number.

9    Q.    Have you ever -- well, can you describe for me

10   what the police officer looked like at the dealership?

11   A.    Normal.

12   Q.    Can you describe what he looked like?

13   A.    I was not paying attention.  I mean, I was

14   crying.  I mean, I wasn't paying attention to people.

15   Q.    Did the police officer ever touch you?

16   A.    No.

17   Q.    Did -- other than potentially your son, did

18   anyone while at the dealership touch your body?

19   A.    No.

20   Q.    When you went back home, what did you do?

21   A.    No, I just went to the kitchen to do just

22   about some, you know, just to do something.

23   Q.    Before you went to the dealership, had you

24   already had dinner?

1        A.   I already had.

2        Q.   Did you have any -- did you go out that

3   evening?

4        A.   No.

5        Q.   Did you have anyone at your home that evening?

6        A.   No.  Nobody comes to my house.  I am always

7   home by myself or my grand kids when they come from

8   school but nobody comes.

9        Q.   After the dealership, did Edwin come back to

10  your house?

11       A.   To his house.

12       MR. HORWITZ:  We're going to take a break.

13       MS. HARRINGTON:  Okay.

14       MS. LEWIS:  Can I make a suggestion, I'm going to

15  make a suggestion because I have to leave about quarter

16  to 3:00, that maybe we just do liability today and

17  finish damages another day.

18       MR. HORWITZ:  I don't know if I'm willing to

19  acknowledge taking her back.  It's very difficult to get

20  her here.

21            So I hear that you got to leave, but I

22  don't know what to say about that.

23       MS. LEWIS:  What I would say is that you made us

24  wait for an hour and you have now taken like three or

1  four breaks, so --

2          MR. HORWITZ:  I hear you.  I don't know what to

3  tell you.  I understand what you're saying.  But I'm not

4  sure that's an --

5          MS. LEWIS:  So you won't agree?

6          MR. HORWITZ:  Right.

7          MS. LEWIS:  Bottom line.

8                       (Whereupon, a brief recess

9                        was taken.)

10         MR. HORWITZ:  I'm going to ask her some questions

11  before we begin.

12                  How are you doing?

13         A.   I'm not doing well.

14         MR. HORWITZ:  How do you feel?

15         A.   I have a knot in my stomach and I feel like I

16  want to vomit.  And I'm feeling like I want to run away.

17  And I feel here, I feel very anxious, very nervous.

18         MR. HORWITZ:  How long have you been feeling that

19  way in the deposition today?

20         A.   Since I started talking I felt it.

21         MR. HORWITZ:  Is it hard for you to talk about

22  this?

23         A.   Very difficult.  Never been in a place like

24  this.

60

1    MR. HORWITZ:  Let's continue on with the

2  deposition.

3    MS. HARRINGTON:  Is the purpose of that for the

4  record that we aren't to continue or what is the

5  purpose, Blake?

6    MR. HORWITZ:  I'm trying to be as clear as I can

7  about everything I have said since I ever started

8  talking about her in court and --

9    MS. HARRINGTON:  Here's the deal, Blake, if she's

10  going to testify at trial she needs to give her

11  deposition, so --

12    MR. HORWITZ:  I'm not saying she doesn't so did you

13  want to speak to me more about this with her present or

14  with her not present?

15    MS. HARRINGTON:  You keep putting stuff on the

16  record and it's -- I don't understand the purpose of it.

17  But we'll move on.

18    MR. HORWITZ:  Have her leave the room.

19    MS. HARRINGTON:  I'm ready to proceed.

20    MS. LEWIS:  No, no, no, let's just.

21    MS. HARRINGTON:  We don't need to stop.  Let's go.

22    MR. HORWITZ:  Just about two, three minutes.

23

24                    (The witness and Mr. Edwin Rojas

1    left the conference room.)

2    MS. LEWIS:  I'm sorry, but you're making it worse.

3    I hate to say it.  She was fine until you started

4    talking and getting her all in a tizzy and telling her

5    to leave.

6    MR. HORWITZ:  Are you done?

7    MS. LEWIS:  This is -- I just don't -- I'm not used

8    to this at all.

9    MR. HORWITZ:  Okay.

10   MS. LEWIS:  I just am not.  It's not a normal way

11   of practicing law.

12   MR. HORWITZ:  Great.

13   MS. LEWIS:  It's so sad that we're wasting our

14   times here.

15   MR. HORWITZ:  I'm happy to hear those kind of

16   comments on the record.

17        So finish what you need to say.

18   MS. LEWIS:  Blake, I think that -- I would think

19   that a judge -- I have nothing more to say.

20        I'm ready to go with her deposition.

21   Bring her back in instead of eating an apple.  Let's go.

22   MR. HORWITZ:  So I don't want you talking about my

23   client and that we need to go forward and she needs to

24   be produced for a deposition when she just told you the

1    level of anxiety she's experiencing.

2              I made a record.  We all know why I made

3    the record.

4         MS. HARRINGTON:  No, actually I don't know why

5    we're doing this every time.

6         MR. HORWITZ:  The way to -- okay.  Well, I'm not

7    going to educate you about why.  So if you don't know

8    why --

9         MS. LEWIS:  I don't know why either.

10        MR. HORWITZ:  It's all pretty obvious.

11        MS. HARRINGTON:  Because you don't think what

12   you're doing is increasing her anxiety level?

13        MR. HORWITZ:  I think I'm being honest and

14   providing --

15        MS. HARRINGTON:  If you wanted to do something

16   productive, you don't come in here and have her do that.

17   You come in here and you tell us she's about ready to

18   vomit.

19              And you know what, Blake, the suggestion

20   was already provided.  We could break this up into

21   two-hour increments or something like that.

22              That is not an unreasonable thing to do

23   for somebody who has an anxiety issue.  And if that's

24   what is going to make it easier on her, I'm happy to do

1    that.

2              But my point is, if she's going to

3    testify, which you have indicated, we do need to do it.

4    So if we need to do it in a different way than what we

5    would do normally with witnesses and breaking it up over

6    time, I'm happy to do that.

7              I don't want to make her vomit.  I have no

8    desire to make her vomit.

9         MR. HORWITZ:  My concern is that when you talk

10   about a person who just articulated what she's feeling

11   and it was obviously very difficult for her to say and

12   you say -- and you then say, her deposition has to be

13   taken, Blake, what are you doing, and this translator is

14   translating that, you are increasing more anxiety.

15             What I am doing is providing the state of

16   mind of the witness in a dep so that it's clear for the

17   record, period, plain and simple.  That's it.  That's

18   all I'm doing.  Let me just finish.  I have no other

19   intention.  And then we just move on.

20             I don't want you to say anything that is

21   more anxiety provoking for her which is why I'm having

22   her leave and saying this without her present.

23             I'm just trying to do the best I can for

24   her.  I have said it over and over again on the record

1    and the court, I have told you guys a bunch about this,

2    I'm just doing my best, I am her advocate 100 percent

3    and I'm trying to see if she can get through this

4    experience and what she had happen to her was pretty

5    nasty, in my humble point of view, in terms of what

6    transpired over there.  She's doing her best to get

7    through and that's it.  It's hard for her.  So that's

8    it.  I got nothing more to say about it.

9                  I just would ask that we don't talk about

10   her in the third person about her condition needing to

11   go forward -- whether we need to go forward anyways

12   because she brings a lawsuit and all this kind of stuff.

13                  So she may not be able to continue forward

14   so we'll see.  So I had her identify how she's feeling

15   because that's the honest truth about what's going on.

16   It's not for the purpose of her suffering more because

17   she's saying -- she's suffering anyways but she wasn't

18   able to identify it and speak about it, so I'll be back.

19        MS. HARRINGTON:  My offer is on the table.

20        MR. HORWITZ:  What's that?

21        MS. HARRINGTON:  That if it's easier for her to do

22   this in sections, I'm happy to do that.

23        MR. HORWITZ:  Okay.

24        MS. LEWIS:  You can bring her in here and ask her

1    that on the record if you want.

2         MR. HORWITZ:  I'm not going to ask her something

3    like that.  Right now I think she's -- may not be doing

4    too well.  So I'm going to see how she's doing and we'll

5    take it from there, okay.

6         MS. LEWIS:  Okay.

7         MS. HARRINGTON:  Okay.

8                        (Whereupon, a brief recess

9                        was taken.)

10            EXAMINATION

11            BY

12            MS. LEWIS:

13        Q.   Mrs. Rojas, my name is Jill Lewis.  I'm going

14    to be asking you a few questions, okay?

15        A.   That's fine.

16        Q.   Okay.  What is Edwin's date of birth?

17        A.   March 7th.  I don't remember the year.

18        Q.   What is Evelyn's date of birth?

19        MR. HORWITZ:  We can provide you the names and

20    dates of birth.  I would ask that you move on to

21    relevant testimony.  I'll secure the information and

22    tender it to you so we don't have to waste time doing

23    this with this witness.  I'll get you the information.

24    Can we agree?  As my client is sitting here crying and

1    trying to make sure she is able to answer questions.

2                    Can you agree, counsel, that that's how it

3    will be done?  I'll provide you the names and dates of

4    birth.  Can you agree to that or no?

5         MS. LEWIS:  No.

6         MR. HORWITZ:  Okay.  I'm instructing her not to

7    answer the question.

8                    You go do what you want to do.  I'm going

9    to provide you the information, as she's sitting here

10   crying, I'm going to provide you the information.  You

11   do what you want to do.

12                   Ask the next question, please.

13        MS. LEWIS:  I'm sorry, for the record, she got

14   upset when you started talking.

15   BY MS. LEWIS:

16        Q.   Mrs. Rojas, if you would prefer to come back

17   on another day --

18        MR. HORWITZ:  Excuse me, don't instruct my

19   client --

20        MS. LEWIS:  -- and finish this deposition, I want

21   you to know I'm fine with that and Mrs. Harrington is

22   fine with that.

23        MR. HORWITZ:  Please ask the next question.  Don't

24   instruct my client about what she's going to do with

1    regard to the deposition.

2        MS. LEWIS:  Please interpret.

3        THE INTERPRETER:  Interpreter speaking, I can't

4    interpret when two people are talking, especially when

5    counsel is instructing that we shouldn't have her answer

6    so I don't quite know what to do.

7        MR. HORWITZ:  I'm going to instruct -- I'm asking

8    you to not interpret that.  It is harassing to her.

9            She's going to do her best right now --

10   she's going to do her best right now to proceed forward

11   and not come back because coming back would be with

12   great difficulty.

13           So what I'm asking you to do is ask a

14   question.  If you do not want to ask a question, then

15   we're done.

16           Don't instruct my client what to do

17   relative to the deposition.  That is --

18       MS. LEWIS:  I'm not instructing her at all.

19       MR. HORWITZ:  That is what I will do.

20       MS. LEWIS:  I'm not instructing her at all.  I am

21   merely telling her -- I want her to know --

22       MR. HORWITZ:  If you want to ask another

23   question --

24       MS. LEWIS:  -- if she wants to come back --

1    MR. HORWITZ: If you don't ask another question,

2    we're gone.

3    MS. LEWIS: -- I am fine with that.

4    MR. HORWITZ: If you don't ask another question,

5    we're gone.

6    MS. LEWIS: I want you to interpret that and tell

7    her that.

8    MR. HORWITZ: Please don't do that. Please leave

9    it alone.

10    Next question.

11    I'll ask her to leave the room. We can

12    talk all you want to about having --

13    MS. LEWIS: Why won't you let me tell her that?

14    MR. HORWITZ: All right, can you please have her

15    leave the room.

16    MS. LEWIS: Do not. Stop. Stop. This is

17    outrageous.

18    MR. HORWITZ: Ask another question.

19    MS. LEWIS: I have never had an attorney tell me

20    what I can and cannot ask. It's crazy. And I'm like

21    this close to just stopping and taking the whole thing

22    in front of the judge.

23    MR. HORWITZ: Ask another question.

24    MS. LEWIS: And saying, Judge, can we do this at

1   your office?

2          MR. HORWITZ:  You got ten more seconds or we're

3   gone so I'll leave it to you.

4          MS. LEWIS:  Ten more seconds to do what?

5          MR. HORWITZ:  To ask a question.  Don't instruct me

6   what to do.  Ask a question.

7   BY MS. LEWIS:

8          Q.    What is Alex's date of birth?

9          A.    May 31.

10         Q.    What year was he born?

11         A.    In '84.

12         Q.    Thank you.

13               Do you still have a car?

14         A.    Yes.

15         Q.    Is it the same car you had back in January?

16         A.    Yes.

17         Q.    And do you drive that car on a weekly basis?

18         A.    I almost don't use it.

19         Q.    Do you do the grocery shopping for your

20   family?

21         A.    My husband takes me to do the grocery

22   shopping.

23         Q.    And do you cook for your family?

24         A.    Yes, I do.

1    Q.    And do you clean the house?

2    A.    At times.

3    Q.    Do you have a cleaning lady?

4    A.    Sometimes my daughter helps me.

5    Q.    Okay.   Now, does Alex have any children?

6    A.    No.

7    Q.    Does Evelyn have any children?

8    A.    Yes.

9    Q.    How many children?

10   A.    Two.

11   Q.    How old are they?

12   A.    12 and 8.

13   Q.    And do you babysit those two children, your

14   grandchildren?

15   A.    Those children go to school.

16   Q.    Do you ever babysit them?

17   A.    They stay at home for a short period of time,

18   their parents pick them up.   They come and then the

19   parents pick them up.

20   Q.    When you were going to X Motorsport -- and

21   when I say X Motorsport, do you know what I'm talking

22   about?

23   A.    No.

24   Q.    Okay.   Do you know -- you know that you filed

1    a lawsuit, right?

2         A.    A lawsuit?

3         Q.    Yes.

4         A.    I'm sorry, for what?

5         Q.    Do you know that you are a plaintiff in this

6    lawsuit that we're here for today?

7         A.    Yes.

8         Q.    And this is not your first lawsuit, correct?

9         A.    I'm sorry, it's not my what?

10        Q.    At some point in time you worked at a place

11   called Pampered Chef?

12        A.    But I never had any lawsuits at Pampered Chef.

13        Q.    You worked at Pampered Chef?

14        A.    Yes, I did.

15        Q.    And did you get hurt at Pampered Chef and

16   filed what's called a workers' compensation claim?

17        A.    They just paid me for the time that I was off

18   during the surgery.

19        Q.    Okay.  And you were involved in -- do you know

20   what a class action is?

21        A.    The -- for what?

22        Q.    Where many people sued somebody.  Were you

23   involved in a lawsuit where many people sued somebody?

24        A.    Not that I am aware of.

1  Q.  Okay.  In 2005, you don't remember filing a

2  lawsuit with other people?

3  A.  No.

4  Q.  Okay.  What is your highest level of

5  education?

6  A.  I didn't finish primary school.

7  Q.  Okay.  How many grades did you go?

8  A.  To third grade in primary school.

9  Q.  Was that in Mexico?

10  A.  Yes.

11  Q.  What did you do at Pampered Chef?

12  MR. HORWITZ:  I'll allow these questions to

13  continue on for a short period of time and then I'm

14  going to instruct the witness not to answer is because

15  it's counsel's intention to harass the witness.

16  What she did many years ago is irrelevant

17  to this lawsuit.  We're not claiming lost wages or

18  anything of that nature.  And I think your intention

19  after me explaining to you quite clearly that my client

20  is suffering from anxiety is designed to harass her.

21  Based upon the rules relative to

22  harassment, I will instruct her not to answer and I'm

23  going to see if the judge is available to have a

24  conversation about it.

1    So choose what you want to do.

2         MS. LEWIS:  Not that I need to explain my

3    questions, however, you're the one who said she has a

4    limited education and I'm trying to figure out how much

5    she is capable of knowing and not.  And I think her job

6    would be slightly relevant.  If you don't agree, that's

7    fine.

8         MR. HORWITZ:  As I said, I'll give you a couple --

9    I'll give you a little latitude and that's it.

10        MS. LEWIS:  Shut up.  Shut up.

11        MR. HORWITZ:  Let the record reflect counsel --

12        MS. LEWIS:  Let the record reflect counsel is

13   telling counsel to shut up.  Yes, I am.  There you go.

14        MR. HORWITZ:  On three occasions defense counsel

15   just told me to shut up.  She's interrupting me while

16   I'm talking.  I have already indicated on the record my

17   client's state.

18             One more time, one more issue, I'll be --

19   I'm seeking a protective order before the court.

20        MS. LEWIS:  Ahhh.

21        MR. HORWITZ:  Carry on.

22        MS. LEWIS:  I think I might need some Lorazepam.

23   Do you have any extra?

24        MR. HORWITZ:  You just asked my client if she has

1    Lorazepam.  She's leaving.  So she's going to leave and

2    we're going to call the Court and advise the Court that

3    you just asked my client if she has any extra Lorazepam.

4          MS. LEWIS:  Okay.

5          MR. HORWITZ:  You told me to shut up three times.

6          MS. LEWIS:  Yes.

7          MR. HORWITZ:  So you're going to have a seat --

8    (speaking to the witness in Spanish) and we're going to

9    call the judge now.  So we'll get him on the phone.

10                         (The witness and Mr. Edwin Rojas

11                          left the conference room.)

12         MR. HORWITZ:  I'm getting the judge on the phone.

13   I asked my client to wait for a little bit.

14         MS. LEWIS:  All righty.  I shall be soon trying to

15   get my partner involved in this case because it's not

16   worth it to me --

17         MR. HORWITZ:  We want you to.

18         MS. LEWIS:  -- dealing with someone like you.  It's

19   just horrendous.  I find this to be the most horrific

20   thing I have to deal with and I don't need to.

21         MR. HORWITZ:  I don't want to get you in a back and

22   forth.

23         MS. LEWIS:  I can talk whatever I want to say,

24   okay.  You just need to shut your big fucking mouth.

1    MR. HORWITZ: Are we on the record? I'm leaving

2    the room after counsel just swore at me.

3                    (Whereupon, a brief recess

4                    was taken.)

5    MR. HORWITZ: Let's go on the record.

6                    Counsel, I'm willing to give you 15 more

7    minutes of questions. If you don't want to do it,

8    that's fine.

9                    I tried to get a judge's clerk on the

10   record, advised as to what you did. Judge's clerk

11   recommended I terminate the deposition and present the

12   transcript that is there.

13                   So I'm just sitting here trying to look at

14   how these things play out and they're not favorable so

15   I'm willing to give you 15 minutes. I'm willing to let

16   you finish with questions you have.

17                   My strongest instinct is to terminate the

18   deposition and seek a protective order and not allow you

19   to proceed.

20                   And I cannot tell you how -- just trying

21   to be as honest with you as I can about with my client's

22   feelings, you saw how she's feeling. Your tone of voice

23   is a bit assertive as if it's on cross-examination

24   during a trial, which I would not do in this room. At

1    trial you need to do what you need to do but I would not

2    do it here.

3              And I respect your right to take a

4    deposition, ask tough questions, but this is just not

5    one of those moments in time and you have to -- I

6    believe you need to take into consideration a person's

7    state of mind.

8              So that's what I'm willing to do.  I'm

9    willing to give you 15 minutes, I don't care how you --

10   you can deal with it.  Counsel, I'm going to let you

11   finish.  If you want to ask crossover questions that

12   would be helpful with her, that's fine, but other than

13   that, I just -- I got --

14       MS. HARRINGTON:  What do you mean by crossover?

15       MR. HORWITZ:  Questions that might help cocounsel

16   in finishing to develop her theories to the best you

17   can, I guess.

18             But I just -- in the face of that, I have

19   to protect my client.

20             So did you want to go forward 15 minutes

21   or did you want to stop now?

22       MS. LEWIS:  Yes, I'll go forward 15 minutes.

23             And I will just say, for the record, I do

24   feel like I was being very respectful of the witness.  I

1    think I was talking very nicely to her, asking very nice

2    questions in a very nice tone, and it wasn't until you

3    interjected that I got upset, and I apologize profusely,

4    Blake.

5         MR. HORWITZ:  I recommend you apologize to her.

6         MS. LEWIS:  As I will.

7                   (Whereupon, the witness and

8                    Mr. Edwin Rojas re-entered the

9                    conference room.)

10        MS. LEWIS:  Mrs. Rojas, let me just, please, from

11   the bottom of the heart, my heart, I apologize to you if

12   I offended you in any way whatsoever.  I hope you will

13   accept my apology.

14        A.   The reality is that I'm feeling harassed by

15   you.

16        MS. LEWIS:  I do not want you to feel like that at

17   all.  Honestly.  Because we're all just here trying to

18   do, you know, what we can and I so apologize if I made

19   you feel like that.

20        MR. HORWITZ:  Let's go.

21        A.   That's fine.  You may continue.

22        MR. HORWITZ:  On the record, we have got 15

23   minutes.  Let's go another 15 minutes more, we'll stop

24   at 3:00 for counsel.

1    BY MS. LEWIS:

2        Q.    When you arrived at the car dealership with

3    your son Edwin, we know that there was one man that

4    indicated to Edwin to go into the office, correct?

5        A.    Yes.

6        Q.    And then we know there was another man who

7    went into the office with Edwin, correct?

8        A.    That I don't remember any more.

9        Q.    Okay.   There was a gentleman in the office

10   with Edwin?

11       A.    Yes.   Yes, there was.

12       Q.    Was that gentleman different from the

13   gentleman who indicated to go into the office?

14       A.    No.   He just asked where the office was and

15   then they told him where the office was.

16       Q.    So we know that there were at least two

17   gentlemen in the dealership at that point, correct?

18       A.    I don't know.

19       Q.    Okay.   Did you see any women in the dealership

20   that evening?

21       A.    There was a lady sitting behind a counter.

22       Q.    Okay.   That appeared to be an employee of the

23   car dealership?

24       A.    I just saw her sitting there.

1    Q.    Okay.  While you were waiting in the showroom,

2    were there other people in the showroom?

3    A.    I didn't pay that much attention.

4    Q.    Okay.  Now, I know you said that some man

5    locked the door?

6    A.    Yes.

7    Q.    But you're not sure who that man is; is that

8    correct?

9    A.    Yes.

10    Q.    Do you know how many doors are in the

11    dealership?

12    A.    No.

13    Q.    The door that was locked, was that the same

14    door that you came in?

15    A.    There was a door to the side and then there

16    was the one we came in through.

17    Q.    Okay.  The door to the side, was that the door

18    that was locked?

19    A.    They both were locked.

20    Q.    Okay.  So did you try to leave through both

21    the front and the side doors?

22    A.    I walked to the two of them, he was taking me

23    because, you know, he saw me.

24    Q.    Okay.  So your son tried to open the doors?

1        A.    He tried to open the doors because he was very

2    nervous because he saw that I was doing really bad.

3        Q.    And the doors would not open?

4        A.    No.

5        Q.    Which door did you see locked, get locked, the

6    side door or the front door?

7        A.    The one that I saw that was locked was the one

8    that we came in through.

9        Q.    Okay.  Was that the front or the side?

10        A.    I don't know if it was the side door or the

11    front door.

12        Q.    Okay.  Before the doors were locked, did you

13    hear anyone say anything to the person who locked the

14    doors?

15        A.    I didn't pay attention.  I was just standing

16    like that.

17        Q.    Did you hear anybody talk, you know, saying

18    lock the door or, you know, anything like that?

19        A.    No, I did not hear anything because everything

20    was in English.

21        Q.    Okay.  Did the police officer and the man who

22    was in the office with your son Edwin, did it appear

23    that anyone was in an argument?

24        A.    No, there was no argument.  They just wouldn't

1    let us out.

2         Q.    Do you know why they wouldn't let you out?

3         A.    I never learned anything.

4         Q.    The people that were in the showroom, do you

5    know if any of them were customers?

6         A.    I don't know.

7         Q.    You don't know if they were customers or

8    employees, no idea?

9         A.    Like I said, I just came and I was standing

10   and just like that.  I did not move or anything.  I just

11   saw him, then he came out with the gentleman and I saw

12   the police officer and then that's when I saw that they

13   locked the doors.

14              And then I said, you know, they locked the

15   doors and then I said they're going to kill my son.

16   That's why I kind of went crazy, kind of cooed me out.

17        Q.    Did you see anyone block the doors with their

18   body?

19        A.    No.

20        Q.    I know you said that you've never had any

21   experiences with police before that evening, but do you

22   know any family members or friends who had had negative

23   experiences with police?

24        A.    No, not that I am aware of, no.

1    Q.    Did you ever drive in the vehicle that your

2    son Edwin purchased from the dealer?

3    A.    No, Edwin and I do not see each other.  He has

4    his house, he works.  I am alone in my house and it's my

5    husband and I and that's it.  My sons' lives, I don't

6    have anything to do with it.

7    Q.    So you never drove or rode in the vehicle?

8    A.    No.

9    Q.    Do you know anything about any mechanical

10   problems?

11   A.    Like I said, they never say anything to me.

12   Q.    Do you know any mechanic that your husband may

13   know, you know, a mechanic friend of your husband's?

14   A.    I don't know.

15   Q.    Is your husband a car mechanic?

16   A.    No.

17   Q.    Does Alex know any car mechanics, if you know?

18   A.    No.

19   MS. LEWIS:  Okay.  I don't have any further

20   questions.

21           And just for the record, it's almost 3:00

22   o'clock and I am going to be leaving because I have

23   other plans, so good luck.

24

1    CONTINUED EXAMINATION

2              BY

3         MS. HARRINGTON:

4    Q.    Ma'am, earlier you indicated that you saw a

5    man lock the door at the dealership, correct?

6    A.    Yes.

7    Q.    Did you see the police officer direct that man

8    in any way to lock the door?

9    A.    I did not notice.

10   MS. LEWIS:  Pardon me, before you ask your next

11   one, court reporter, when this is done, can you please

12   give me a copy if someone orders it.

13              And I'll take a mini and also that time

14   thing that you were talking about, okay.

15              Thank you.

16   BY MS. HARRINGTON:

17   Q.    Now, ma'am, did you see the police officer

18   direct anybody to prevent you or your son from leaving

19   the dealership?

20   A.    I did not notice.

21   Q.    Did you know that your son had called 911 when

22   you were at the dealership?

23   MR. HORWITZ:  She's already answered that a number

24   of times.

1    MS. HARRINGTON:   Different question.

2        A.   Yes.

3    BY MS. HARRINGTON:

4        Q.   Do you know if your son called anyone else

5    while at the dealership other than 911?

6        A.   No.

7        Q.   I understand you do not speak English,

8    correct?

9        A.   Yes.   That is correct.

10       Q.   Did you ever hear the police officer use a

11   phrase like, to your son, like "you're under arrest"?

12       A.   No, I did not hear.

13       Q.   Did you ever call the Villa Park Police

14   Department after you were at the dealership?

15       A.   No.

16       Q.   You told us that you were upset and crying at

17   the dealership.

18            When you left the dealership, were you

19   able to calm down?

20       A.   Yeah, I have some pills that the doctor gave

21   me for me to take when I'm feeling like this, you know,

22   feel like I want to run away.  I took it and then I

23   started to calm down.

24       Q.   Okay.  So when you went home after the

1    dealership, you were able to take some of your

2    medication?

3         A.    Yes.

4         Q.    Do you know what the name of that medication

5    was?

6         A.    No.

7         Q.    But once you took the medication, that was

8    able to help you calm down?

9         A.    Yes.

10        Q.    And that evening at your home, can you tell me

11   what you did during the evening?

12        A.    Yeah, when I was at home, I was trying to walk

13   around in the living room to try to -- for me to relax.

14        Q.    Were you able to find something to help you

15   relax?

16        A.    Yes, with the medication and my walking, I

17   relaxed a bit.

18        Q.    Okay.  Then that evening, the rest of the

19   evening did you watch TV, what did you do?

20        A.    I took the rest of the pills and I went to

21   sleep.

22        Q.    Were you able to sleep that night?

23        A.    I take medication to sleep, so yeah, I slept.

24        Q.    Okay.  The medication to sleep, is that

1    different than what you took when you came home from the

2    dealership?

3         A.    They are all different.

4         Q.    Do you know what kind of medication you took

5    in order to go to sleep that night?

6         A.    I don't know what it is called.  I normally

7    take it when I'm not able to sleep.

8         Q.    Is it medication, though, prescribed by a

9    physician or something you can get from the store?

10        A.    The psychiatrist gives them to me.

11        Q.    You were at the dealership on January 23rd,

12   2016.

13              Do you remember what you did on

14   January 24th, 2016?

15        A.    No.

16        Q.    For instance, I think you were at the

17   dealership on a Saturday.  That following week starting

18   Monday, were you able to take part in your normal

19   activities?

20        A.    Yeah, I was in bad shape for about three days.

21   And then I had to go to the psychiatrist to, you know,

22   make a consultation with him as to what had happened.

23        Q.    So you were in bad shape following this

24   incident for about three days; is that correct?

1    A.    For about three days, yes.

2    Q.    Can you explain to me what you mean by that,

3    though?  What do you mean that you were in bad shape?

4    A.    I had anxiety, I wanted to vomit, I wanted to

5    run away, cry and cry and cry.  I was looking out the

6    window, I was looking everywhere, and I would walk

7    around and then I would walk some more.

8    Q.    After three days, were you able then to see

9    your psychiatrist?

10    A.    Yes.  I went to see him to, you know, mention

11    to him the incident that had occurred.

12    Q.    Did going to your psychiatrist help you feel

13    better?

14    A.    He spoke to me.  He told me to take my

15    medication for me to try to control myself and for me to

16    relax.

17    Q.    Did you see your psychiatrist more than once

18    because of this incident at the dealership?

19    A.    No.  I see him every month.

20    Q.    So you see your psychiatrist every month?

21    A.    I see my psychiatrist every month.

22    Q.    What's the name of your psychiatrist?

23    A.    His name is Walter Piedmonte.

24    Q.    Do you know where your psychiatrist's office

1   is located?

2       MR. HORWITZ:  Stop.  Stop.  What's the purpose for

3   this inquiry?

4       MS. HARRINGTON:  She just said that she went to her

5   psychiatrist because of the visit to the dealership and

6   discussed the incident with her psychiatrist.

7       MR. HORWITZ:  So what's the purpose of the inquiry?

8       MS. HARRINGTON:  Well, I believe she's discussed

9   the incident with him and that I believe I'm entitled to

10  know who he is and I think I'm entitled to get his

11  records.

12      MR. HORWITZ:  So I will provide you his information

13  if the Court orders it.  I'm not going to allow her to

14  answer the question and --

15      MS. HARRINGTON:  Where he's located, that question?

16      MR. HORWITZ:  Yes.  And, again, we're only claiming

17  garden variety emotional distress which, in my opinion,

18  precludes the area of inquiry that you are seeking.

19              And that being the case, then I would

20  assert a privilege, that being the right of privacy

21  attributable to answering any more questions concerning

22  this.

23      MS. HARRINGTON:  Okay, I just have one more

24  question and I know you're going to assert the same

1     objection, so I'll ask it and then you can put it on the

2     record.  All right?

3            MR. HORWITZ:  Yeah.

4     BY MS. HARRINGTON:

5         Q.   Ma'am, can you tell me when you went to your

6     psychiatrist what you told your psychiatrist about the

7     incident at the dealership?

8            MR. HORWITZ:  I think that's okay.

9         A.   I told the psychiatrist how I was feeling and

10     he asked me why because I wasn't supposed to come to see

11     him that day.  And then I talked to him about the

12     incident.

13     BY MS. HARRINGTON:

14         Q.   What specifically did you tell your

15     psychiatrist about the incident?

16            MR. HORWITZ:  Please don't guess.  Make sure you're

17     telling not based on guessing but what you remember.

18         A.   I don't remember.

19     BY MS. HARRINGTON:

20         Q.   Do you remember what your psychiatrist told

21     you after you told him about the incident?

22            MR. HORWITZ:  I think that's going beyond, so don't

23     answer.

24                I think that's going beyond the garden

1    variety emotional distress claim.

2        MS. HARRINGTON:  Are you directing her not to

3    answer?

4        MR. HORWITZ:  Yes.

5        MS. HARRINGTON:  Yes.  Okay.  Then I didn't do it

6    the last one, if we just show the last two objections

7    then, the directions not to answer, as being certified?

8        MR. HORWITZ:  Yeah.

9        MS. HARRINGTON:  Okay.

10       MR. HORWITZ:  I don't think you need to do that in

11   federal court but that's okay.

12       MS. HARRINGTON:  I think I'm preserving my record

13   to bring it forth for a ruling on it is my point.

14       MR. HORWITZ:  My question to you is what is the

15   purpose of your line of inquiry?

16              Is your purpose to know what her pain and

17   suffering is because we're not claiming psychiatric

18   claim and the visit to her psychiatrist and what she

19   complained to him about.  We're not claiming that.

20              We're not claiming increase or decrease in

21   medication associated with the incident.  We're not

22   claiming that.

23              So is it for the purpose of damages?

24       MS. HARRINGTON:  Well, it's for purpose of damages

and it's also for the purpose of what was actually

relayed in a statement by a plaintiff about the incident

itself --

MR. HORWITZ:  So --

MS. HARRINGTON:  -- which presumably would be in

the records.

MR. HORWITZ:  So I am okay with you asking her what

she told him.  I'm not okay with you asking her what he

told her.

What she told him would be admission by a

party opponent, so I think that's okay.  It's also an

exception to the hearsay rule, but going beyond that it

would seem that we're treading into the psychiatric

injury case which we're not claiming.  I think that's a

rationale way of handling it.

MS. HARRINGTON:  I'm not fighting with you on what

your objections are.  I think we're just preserving the

record.

But with that said, if what she said to

the physician arguably is admission by a party opponent,

I think I'm entitled to get those records to determine

what is notated as to what she said.

That's why I was asking for the location

of his office.

1    MR. HORWITZ:  I understand.  So let's deal with the

2    issue about getting the records off the record and then

3    we'll deal with that issue in a discussion.

4    MS. HARRINGTON:  That's fine.

5    BY MS. HARRINGTON:

6    Q.  Ma'am, I was going to ask you some questions

7    and I don't want to upset you because counsel advised me

8    last night that you were visited at your home, was it

9    yesterday with somebody attempting to serve papers?

10   A.  Yes, it was last night.

11   Q.  Okay.  Can you tell me approximately what time

12   somebody arrived at your home?

13   A.  I didn't see the time.  I heard them ring the

14   bell.

15   Q.  Did you open the door?

16   A.  No.  I don't open the door to anyone.

17   Q.  Did anyone speak to whoever rang the doorbell?

18   THE INTERPRETER:  I'm sorry.

19                        (Whereupon, the record was read as

20                         follows:  Did anyone speak to

21                         whoever rang the doorbell?)

22   A.  No.  Not that I'm aware of.

23   BY MS. HARRINGTON:

24   Q.  Can you tell me how many people did you see

1    come up to your door?

2        A.    You cannot see because I'm up above and the

3    windows were covered by snow so you couldn't see.   I

4    just heard the bell but I ignored it.

5        Q.    How did you know that it was somebody

6    attempting to serve papers at your house?

7        A.    Because my grandson told me later because he

8    said he, you know, he looked out and he saw a gentleman

9    that had some papers.

10       Q.    Do you know, was that gentleman who came to

11   the door, do you know if that person was in a uniform?

12       A.    I don't know.

13       Q.    Do you know if that person arrived in a police

14   squad car?

15       A.    I don't know.

16       Q.    I think you indicated that your grandson saw

17   the person come up to the door; is that right?

18       A.    Yeah, but they are children.   They were

19   playing and then they said there was a gentleman there

20   with a paper at the door.

21       Q.    Did your grandson tell you if he spoke to the

22   gentleman at the door?

23       A.    No, he doesn't open the door to anyone.

24       Q.    Do you have any idea what the paper was in the

1 gentleman's hand?

2    A. I did not know anything.

3    Q. I mean, did you have any information that this

4 paper that the gentleman had had anything to do with

5 your husband's deposition?

6    A. I did not know anything.

7    Q. I'm just checking my notes.  I think I'm just

8 about done.  Okay, ma'am.

9    A. That's very good.

10    Q. I'm sure.

11     Ma'am, did the police officer at the

12 dealership prevent you from leaving the dealership?

13    A. No.

14    MS. HARRINGTON:  Those are all the questions that I

15 have.

16    MR. HORWITZ:  Okay.  I'm going to talk a little

17 bit, make sure she's good and then I'm going to continue

18 on, okay.

19     (Whereupon, a discussion was

20      had off the record.)

21    EXAMINATION

22    BY

23    MR. HORWITZ:

24    Q. Ready?

95

1    A.    Yes.

2    Q.    Okay.  A question was asked to you if Alex

3    called the police.  Okay.

4              Do you know if Alex called the police?

5    A.    Yes.

6    Q.    Okay.  You know that he did at some time?

7    A.    Yes.

8    Q.    Is it accurate that you were not scared of the

9    police officer himself but you were scared that the

10   doors were locked and a police officer was present and

11   then you became aware of the officer; is that correct?

12   A.    Yes.

13   Q.    For example, when the police officer first

14   entered the -- strike that.

15             When you first saw the police officer at

16   the car dealership, you were not afraid of the officer;

17   is that correct?

18   A.    Yeah, no, I was not afraid of the police

19   officer, not until I saw that he was with my son.

20   Q.    You mean with your son and the doors being

21   locked?

22   MS. HARRINGTON:  Object as to leading.

23   BY MR. HORWITZ:

24   Q.    Was there an answer?

1    THE INTERPRETER:  Did you get that answer?

2    THE COURT REPORTER:  No, I didn't.

3    A.   Yes.

4  BY MR. HORWITZ:

5    Q.   You were asked questions about time, the time

6  you picked your son up from the train.  Do you remember

7  that, those questions today?

8    A.   Yes.

9    Q.   Okay.  Right now are you experiencing a lot of

10  anxiety?

11    A.   Yes.

12    Q.   Okay.  I'm going to be as brief as I can.

13         When you were asked about the time you

14  picked up your son from the train, were you guessing?

15    A.   Yes.

16    Q.   Do you know if you picked him up at -- in the

17  evening or in the afternoon?

18    A.   I don't remember.  It was, you know, 6:30 or

19  7:00.

20    Q.   Are you guessing as to the time?

21    A.   No.

22    Q.   You're patting your chest right now.

23         Are you feeling some pressure on your

24  chest?

1        A.      Yeah.    Right now I'm going directly to the

2    hospital.

3              MR. HORWITZ:    That's all I have.

4              MS. HARRINGTON:    I have nothing further.

5              THE COURT REPORTER:    Signature, Blake?

6              MR. HORWITZ:    Reserved.

7

8                    FURTHER DEPONENT SAITH NOT.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

98

1          IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
2                EASTERN DIVISION
   EDWIN ROJAS,                    )
3           Plaintiff,             )
            vs.                    )   No. 16-cv-02982
4   X MOTORSPORT, INC., OFFICER    )
   BANASZEWSKI #333, UNKNOWN       )
5   VILLA PARK POLICE OFFICERS and )
   THE VILLAGE OF VILLA PARK,      )
6           Defendants.            )
7          I hereby certify that I have read the foregoing
8     transcript of my deposition given at the time and place
9     aforesaid, consisting of Pages 1 to 103, inclusive, and
10    I do subscribe and make oath that the same is a true,
11    correct and complete transcript of my deposition so
12    given as aforesaid, and includes changes, if any, so
13    made by me.
14
15         _____ Correction Sheet(s) Attached
16
17         _____
          MAGALIA ROJAS
18
19
20    SUBSCRIBED AND SWORN TO
     before me this ____ day
21    of _____, AD, 2016.
22    _____
23    Notary Public
24

99

ERRATA SHEET

I hereby make the following changes to my deposition:

PAGE  LINE

_____  _____ CHANGE: _____

REASON: _____

_____  _____ CHANGE: _____

REASON: _____

_____  _____ CHANGE: _____

REASON: _____

_____  _____ CHANGE: _____

REASON: _____

_____  _____ CHANGE: _____

REASON: _____

_____  _____ CHANGE: _____

REASON: _____

_____  _____ CHANGE: _____

REASON: _____

_____        _____

MAGALIA ROJAS                            DATE

Correction Sheet Page _____ of _____

STATE OF ILLINOIS )

) SS:

COUNTY OF MC HENRY )

I, Michael R. Urbanski, a notary public in and for the County of McHenry and State of Illinois, do hereby certify that MAGALIA ROJAS was first duly sworn to testify the whole truth, and that the above deposition was recorded stenographically by me and was reduced to computerized transcript under my personal direction.

I further certify that the said deposition was examined and read over by said deponent and was signed by her and that the said deposition constitutes a true record of the testimony given by the said witness.

I further certify that the said deposition was taken at the time and place specified and that the taking of said deposition commenced on the 20th day of December 2016, and was completed the same day.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in

1    this action.

2

3        In witness whereof, I have hereunto set my hand

4    and affixed my seal of office, at Chicago, Illinois,

5    this _____ day of _____ 2016.

6

7

8

9    _____

     Notary Public, McHenry County, Illinois

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1            URBANSKI REPORTING COMPANY
                    460 Lake Avenue
2            Crystal Lake, Illinois 60014
                    (815) 356-6140
3
4   December 27, 2016
5
6   THE BLAKE HORWITZ LAW FIRM, LTD.
    MR. BLAKE HORWITZ
7   111 West Washington Street
    Suite 1611
8   Chicago, Illinois 60602
9   Dear Mr. Horwitz:
10  Re: Rojas v. X Motorsport
        Deposition of Magalia Rojas
11
    It is our understanding that you will arrange for the
12  review of the above-entitled transcript by the witness.
    Accordingly, we are enclosing errata sheets and the
13  original signature page with your copy of the
    deposition transcript.
14
    Please note that Amended Rule 207(a) of the Illinois
15  Supreme Court provides that depositions may be used
    fully as if signed if they remain unsigned for more
16  than 28 days after having been made available to the
    deponent.  We, therefore, would appreciate your
17  handling this matter within the 28-day limit.
18  Please return the executed signature page and errata
    sheets, if any, to the above address.
19
    Sincerely,
20
    URBANSKI REPORTING COMPANY
21
22
    Michael R. Urbanski
23
    enclosures:  Transcript, signature page, errata
24  sheet(s)
    ccs:  Attorneys of Record

**A**

**able**
25:15 55:9 64:13,18
66:1 84:19 85:1,8,14
85:22 86:7,18 87:8
**aboveentitled**
102:12
**accept**
77:13
**accurate**
95:8
**acknowledge**
58:19
**acting**
45:16,19 47:11
**action**
71:20 101:1
**activities**
86:19
**ad**
98:21
**address**
5:14 9:14 14:7,10
102:18
**admission**
91:10,20
**advise**
74:2
**advised**
75:10 92:7
**advocate**
64:2
**affixed**
101:4
**aforesaid**
98:9,12
**afraid**
48:9,12,14,16,19,21
50:9 95:16,18
**afternoon**
12:19 96:17
**age**
29:15
**ages**
9:11
**ago**
10:2,10,19 72:16
**agree**
59:5 65:24 66:2,4 73:6
**ahead**
43:17,17 45:24 46:22
**ahhh**
73:20
**alex**
4:2 9:12,14,16,20,22
10:1,3,7,11,13,15,16
10:18,21 56:12,15,18
57:1,3 70:5 82:17
95:2,4
**alexs**
9:18 57:7,8 69:8
**alison**
2:7
**allow**
72:12 75:18 88:13
**ambiguous**
39:10
**amended**
102:14
**answer**
5:4 8:1,18,20,23 16:4
18:6 31:24 32:3
33:15 34:2,13,24
43:16,17 45:11 66:1
66:7 67:5 72:14,22
88:14 89:23 90:3,7
95:24 96:1
**answered**

12:24 13:6 43:13 83:23
**answering**
17:16 22:14 39:2 88:21
**answers**
4:5 8:9 37:3
**anxiety**
47:13 62:1,12,23 63:14
63:21 72:20 87:4
96:10
**anxious**
59:17
**anybody**
80:17 83:18
**anyways**
45:24 64:11,17
**apologize**
77:3,5,11,18
**apology**
77:13
**appear**
80:22
**appearances**
2:1
**appeared**
23:18 25:23 78:22
**apple**
61:21
**appreciate**
102:16
**appreciating**
28:13
**approach**
25:19
**approached**
40:6
**appropriate**
25:3,22 26:6,10,16
27:5,20,21 28:6,17
**approximately**
92:11
**approximation**
29:14
**area**
23:9 30:18 31:9 32:16
35:7 88:18
**arent**
60:4
**arguably**
91:20
**argument**
80:23,24
**arrange**
102:11
**arrangements**
11:5
**arrest**
84:11
**arrive**
14:12
**arrived**
23:12,17 56:10 78:2
92:12 93:13
**articulated**
63:10
**asked**
8:17 13:22 15:1 18:7
21:10,13,14 22:2,9
43:13 73:24 74:3,13
78:14 89:10 95:2
96:5,13
**asking**
17:23 37:16 65:14 67:7
67:13 77:1 91:7,8,23
**assert**
53:2,17 88:20,24
**asserting**
53:5
**assertive**
75:23

**associated**
90:21
**assume**
5:3
**attached**
98:15
**attempt**
55:7,16,22
**attempting**
37:21 92:9 93:6
**attention**
57:13,14 79:3 80:15
**attorney**
8:23 9:1 31:20 68:19
100:22,23
**attorneys**
47:3 102:24
**attributable**
38:1 88:21
**august**
1:21
**available**
72:23 102:16
**avenue**
5:8 102:1
**aware**
32:11 71:24 81:24
92:22 95:11

**B**

**b**
2:12 3:12
**babysit**
70:13,16
**back**
5:12 13:10 15:7 19:2,6
22:6 28:18 39:4
42:10 46:6 57:20
58:9,19 61:21 64:18
66:16 67:11,11,24
69:15 74:21
**bad**
11:2 50:8 80:2 86:20
86:23 87:3
**banaszewski**
1:8 2:10 98:4
**based**
72:21 89:17
**basis**
69:17
**bed**
7:12,15,16,18
**bedroom**
17:9,10,11 19:11
**believe**
37:12,22 76:6 88:8,9
**believed**
29:19,23
**bell**
92:14 93:4
**benefit**
22:12
**best**
2:7 63:23 64:2,6 67:9
67:10 76:16
**better**
87:13
**beyond**
8:5,6,12 89:22,24
91:12
**big**
74:24
**birth**
5:6 65:16,18,20 66:4
69:8
**bit**
37:13 53:3 74:13 75:23
85:17 94:17

**black**
29:8
**blake**
2:2,3 15:3 33:18 37:14
60:5,9 61:18 62:19
63:13 77:4 97:5
102:6,6
**block**
81:17
**body**
36:5 50:12 51:10 57:18
81:18
**born**
69:10
**bottom**
59:7 77:11
**break**
15:6 33:23,24 34:3,17
42:9,24 43:10,23
58:12 62:20
**breaking**
38:6 63:5
**breaks**
59:1
**brief**
19:4 34:18 42:11 59:8
65:8 75:3 96:12
**bring**
32:7 61:21 64:24 90:13
**brings**
64:12
**building**
24:23 25:5,11,12,16,18
26:1,2,6,14 27:5
28:20 29:17,22 30:3
30:6 33:2,9 54:21,23
55:4,17,19
**bunch**
8:11 64:1

**C**

**c**
3:16
**call**
42:7,8 52:6,8 56:15
74:2,9 84:13
**called**
1:13 4:3,9 51:6 57:1,3
71:11,16 83:21 84:4
86:6 95:3,4
**calls**
10:5 23:2
**calm**
20:14 52:1,23 53:13
84:19,23 85:8
**cant**
4:22 67:3
**capable**
73:5
**capacity**
35:3 37:9
**car**
3:17 6:12 7:4,20 10:22
11:1,20,22,24 12:1,3
12:5,7 20:23 22:16
22:16,21 23:13 26:2
55:20,23 56:5,6
69:13,15,17 78:2,23
82:15,17 93:14 95:16
**care**
29:21 76:9
**carrier**
23:10
**carry**
73:21
**case**
8:7,11 27:24 37:20
74:15 88:19 91:14

**cases**
35:4
**ccs**
102:24
**cell**
23:6,8,10 52:8,10,10
57:6,7
**certified**
1:17 8:15 46:3 90:7
**certify**
98:7 100:5,11,16,21
**change**
3:18 7:21 99:4,6,8,10
99:12,14,16
**changes**
98:12 99:2
**checking**
12:13 94:7
**chef**
71:11,12,13,15 72:11
**chest**
96:22,24
**chicago**
1:20 2:4,9,13 15:19
16:13,17 101:4 102:8
**children**
9:9 70:5,7,9,13,15
93:18
**chill**
46:12
**choose**
73:1
**civil**
1:15 31:21
**claim**
8:7 71:16 90:1,18
**claiming**
8:3 52:5 72:17 88:16
90:17,19,20,22 91:14
**clarification**
54:14
**clarified**
37:18,18
**clarify**
20:20 43:9,22
**class**
71:20
**clean**
70:1
**cleaning**
70:3
**clear**
45:22 47:1,6 60:6
63:16
**clearly**
13:1,7 43:14 47:2,2
72:19
**clerk**
75:9,10
**client**
18:19 28:15 34:20
61:23 65:24 66:19,24
67:16 72:19 73:24
74:3,13 76:19
**clients**
73:17 75:21
**close**
21:22 53:8 68:21
**closed**
35:9,11,20,22 36:14
38:3
**cocounsel**
76:15
**code**
23:9
**color**
39:20
**come**
11:13,17 15:7 22:3,9

32:18,20 39:1,7
56:21 58:7,9 62:16
62:17 66:16 67:11,24
70:18 89:10 93:1,17
**comes**
58:6,8
**coming**
42:1 67:11
**commenced**
100:18
**commencing**
1:21
**comment**
28:4
**comments**
61:16
**company**
16:9 102:1,20
**compensation**
71:16
**complain**
8:6
**complained**
90:19
**complaint**
6:16
**complete**
98:11
**completed**
100:19
**complication**
37:24
**comprehend**
35:3
**comprehended**
18:9
**computerized**
100:8
**concept**
27:11
**concern**
63:9
**concerning**
88:21
**condition**
21:7 64:10
**conference**
61:1 74:11 77:9
**confirmed**
28:15
**confusing**
38:11
**confusion**
37:17 38:17,17
**consideration**
76:6
**consisting**
98:9
**constitutes**
100:13
**construed**
8:7
**consultation**
86:22
**contact**
56:12
**context**
28:11
**continue**
38:11,21 60:1,4 64:13
72:13 77:21 94:17
**continued**
3:4 83:1
**control**
87:15
**conversation**
48:1 72:24
**conversations**
20:5 22:20 32:21

**convicted**
9:2,5
**cooed**
81:16
**cook**
69:23
**copy**
83:12 102:13
**correct**
16:18,22 24:16 30:16
31:15 32:8 35:14
36:11 41:1 43:11
44:2,9 49:12 71:8
78:4,7,17 79:8 83:5
84:8,9 86:24 95:11
95:17 98:11
**correction**
98:15 99:22
**couldnt**
46:10,12 93:3
**counsel**
28:14,16 66:2 67:5
73:11,12,13,14 75:2
75:6 76:10 77:24
92:7 100:22,23
**counsels**
72:15
**counter**
78:21
**country**
35:4
**county**
1:18 100:2,4 101:9
**couple**
19:2 73:8
**course**
54:22
**court**
1:1 4:20 39:4 47:4 60:8
64:1 73:19 74:2,2
83:11 88:13 90:11
96:2 97:5 98:1
102:15
**courts**
1:16
**covered**
93:3
**crazy**
45:2,5,6 47:18 68:20
81:16
**create**
37:19
**creating**
27:10,13
**criminal**
52:3
**crossexamination**
75:23
**crossover**
76:11,14
**cry**
47:11,20 87:5,5,5
**crying**
11:2 45:3,5,6 47:18
51:24 57:14 65:24
66:10 84:16
**crystal**
102:2
**customer**
23:18 28:7
**customers**
29:19 81:5,7

**D**
**d**
3:1,16
**damages**
8:7 58:17 90:23,24

**date**
5:6 65:16,18 69:8
99:20
**dates**
65:20 66:3
**daughter**
70:4
**day**
11:15,16 13:19 15:18
17:15 22:1 56:20,22
58:17 66:17 89:11
98:20 100:18,19
101:5
**days**
86:20,24 87:1,8 102:16
**deal**
60:9 74:20 76:10 92:1
92:3
**dealer**
13:24 20:1 21:16 24:6
82:2
**dealership**
3:17 6:12 7:4,20 10:22
11:1,6,9,11,20,23
12:4,8 14:20 20:3,8
20:21 21:8,14,21,24
22:1,5,9,16,22 23:3
23:13,17 24:5,12,23
26:2,3,15 29:18,24
30:15 31:5,15 32:13
32:22 43:1,5,6,11
44:2,8 48:15,22 49:4
49:7,18 50:2 51:4,6,7
51:22 54:2,5 55:2,3,9
55:13,15 56:2,8,13
56:15 57:10,18,23
58:9 78:2,17,19,23
79:11 83:5,19,22
84:5,14,17,18 85:1
86:2,11,17 87:18
88:5 89:7 94:12,12
95:16
**dealerships**
24:22
**dealing**
74:18
**dear**
102:9
**death**
48:23
**december**
100:19 102:4
**declare**
46:11
**decrease**
90:20
**defendants**
1:11 98:6
**defense**
73:14
**degree**
37:24
**demonstrated**
37:9
**dep**
47:4 63:16
**department**
84:14
**deponent**
97:8 100:12 102:16
**deposition**
1:13 4:18 42:20 59:19
60:2,11 61:20,24
63:12 66:20 67:1,17
75:11,18 76:4 94:5
98:8,11 99:2 100:7
100:11,13,16,18
102:10,13
**depositions**

**1:16** 102:15
**depression**
6:3
**describe**
26:9 29:2 39:13 57:9
57:12
**described**
45:4 47:17
**describing**
42:24
**designed**
72:20
**desire**
63:8
**desires**
37:7
**desperate**
36:4
**determine**
91:21
**develop**
76:16
**didnt**
25:1 32:5 43:3 49:10
52:2 72:6 79:3 80:15
90:5 92:13 96:2
**difference**
27:12,16,22 28:1
**different**
28:13 32:6 35:12 63:4
78:12 84:1 86:1,3
**difficult**
58:19 59:23 63:11
**difficulty**
67:12
**dinner**
57:24
**direct**
39:2 83:7,18
**directed**
28:21,23
**directing**
90:2
**direction**
100:9
**directions**
90:7
**directly**
14:5,6 24:21 55:20
97:1 100:24
**disability**
6:1
**disabled**
5:24 6:4,6
**discuss**
21:23
**discussed**
88:6,8
**discussion**
92:3 94:19
**dishonesty**
9:3
**dispute**
32:12
**disrespectful**
18:19
**distance**
38:3
**distress**
88:17 90:1
**district**
1:1,2,15 98:1,1
**division**
1:3 98:2
**doctor**
84:20
**doesnt**
10:16 60:12 93:23
**doing**

42:14,15 52:4 53:5
59:12,13 62:5,12
63:13,15,18 64:2,6
65:3,4,22 80:2
**dont**
5:2,22,23 6:5 8:1,18
11:7 12:20 13:15
14:21,21 15:14,20,21
15:22 16:3,4 17:2,7
18:6,18 19:18 20:4
20:17,17 21:4,12
23:5,16,21 24:3
27:14,23 28:9,10,11
29:10,12,20,20 30:22
31:6 32:18 33:22
36:3,5 38:12 39:11
39:22 40:21 41:16
43:15 45:23 46:11,18
47:7,16 48:13 49:8
52:15 54:6,12,16,20
55:5 57:8 58:18,22
59:2 60:16,21 61:7
61:22 62:4,7,9,11,16
63:7,20 64:9 65:17
65:22 66:18,23 67:6
67:16 68:1,4,8 69:5
69:18 72:1 73:6
74:20,21 75:7 76:9
78:8,18 80:10 81:6,7
82:5,14,19 86:6
89:16,18,22 90:10
92:7,16 93:12,15
96:18
**door**
25:5,7,8,15,17 31:4
35:9,17,20,22 38:3
41:12,13,19,22,24
42:5,6 43:2,5,7,7,11
43:14 44:1,5,8,11,15
44:17,20,22 45:1
51:2,3,4,10,13,20,21
54:10,11,17,19 55:15
79:5,13,14,15,17,17
80:5,6,6,10,11,18
83:5,8 92:15,16 93:1
93:11,17,20,22,23
**doorbell**
92:17,21
**doors**
33:2,8 34:12 36:14
41:15,17 43:1 79:10
79:21,24 80:1,3,12
80:14 81:13,15,17
95:10,20
**dosages**
3:18 7:21
**double**
25:8
**downtown**
15:14,19 16:13,17
**draw**
48:6
**drive**
2:12 11:23 12:1,3
21:18,20 56:5 69:17
82:1
**driving**
12:2 22:21 48:17,18
**drove**
22:4,16 56:1,2,6 82:7
**duly**
4:10 100:5
**duplicative**
37:16

**E**
**e**
3:1,12,16,16,16

**earlier**
83:4
**early**
15:2
**easier**
62:24 64:21
**east**
2:8,12
**eastern**
1:3 98:2
**eating**
61:21
**educate**
62:7
**educated**
18:10,12
**education**
34:21 35:2 72:5 73:4
**edwin**
1:4 2:19 9:13 10:22
11:6,8,11,20,22 12:6
12:14,18 13:19 14:2
14:9,13,15,18,23
15:12,14 16:16,17,20
16:24 17:3,8 18:16
19:23 20:6,22 22:12
22:4,18,19,21 23:1
32:20,22,24 33:6,10
33:23 39:6,14,17,24
40:2,3,5,12,16 41:3,6
49:21 52:11,14,17
55:2,7,12 56:4,5,6
58:9 60:24 74:10
77:8 78:3,4,7,10
80:22 82:2,3 98:2
**edwins**
65:16
**either**
25:11 62:9
**emotional**
88:17 90:1
**employee**
78:22 100:22,23
**employees**
29:23 81:8
**enclosing**
102:12
**enclosures**
102:23
**ended**
11:5
**engaging**
17:18
**english**
4:4,6 11:7 39:11 40:24
41:8,8 49:8 54:6 57:4
80:20 84:7
**enter**
25:15
**entered**
24:23 25:4,8,10,14,18
26:1,5,14 27:4 28:20
29:17,22 30:4,6
95:14
**entitled**
88:9,10 91:21
**errand**
11:18
**errata**
99:1 102:12,18,23
**especially**
67:4
**essence**
8:12
**estimate**
44:24
**evelyn**
9:12 70:7
**evelyns**

65:18
**evening**
7:10 12:19 58:3,5
78:20 81:21 85:10,11
85:18,19 96:17
**everyones**
22:12
**exactly**
9:8 12:21 15:15 32:19
46:8
**examination**
1:14 3:3,4,4,5 4:12
65:10 83:1 94:21
**examined**
4:10 100:12
**example**
95:13
**exception**
91:12
**excuse**
17:14,16 66:18
**executed**
102:18
**experience**
50:8 64:4
**experiences**
81:21,23
**experiencing**
62:1 96:9
**explain**
73:2 87:2
**explained**
8:19
**explaining**
72:19
**explore**
28:16 47:9
**extra**
73:23 74:3

**F**
**f**
3:16
**face**
76:18
**fact**
37:16
**fair**
7:13
**family**
69:20,23 81:22
**far**
21:17 36:1
**favorable**
75:14
**fear**
49:2
**federal**
31:21 47:4 90:11
**feel**
12:22 13:12 37:18
46:21 59:14,15,17,17
76:24 77:16,19 84:22
87:12
**feeling**
36:4 42:19 59:16,18
63:10 64:14 75:22
77:14 84:21 89:9
96:23
**feelings**
75:22
**feels**
10:5
**felony**
9:5
**felt**
47:22 59:20
**fighting**

91:16
**figure**
25:19 73:4
**file**
31:20
**filed**
6:12 31:14,19 32:5
70:24 71:16
**filing**
72:1
**financially**
100:24
**find**
74:19 85:14
**fine**
5:1 18:2 22:15 39:4
53:5 61:3 65:15
66:21,22 68:3 73:7
75:8 76:12 77:21
92:4
**finish**
33:14,19 46:19 58:17
61:17 63:18 66:20
72:6 75:16 76:11
**finishing**
76:16
**firm**
2:2 102:6
**first**
4:10 18:9 71:8 95:13
95:15 100:5
**floor**
46:22
**fluent**
46:13
**focus**
34:21
**follow**
8:22,24
**following**
86:17,23 99:2
**follows**
4:11 13:5,12 19:10
24:11 33:5 36:20
40:16 43:22 45:13
50:20 53:12 92:20
**foregoing**
98:7
**forget**
13:16
**forgetting**
47:4
**forgot**
15:24 30:24 31:2
**format**
4:22
**forth**
74:22 90:13
**forward**
61:23 64:11,11,13
67:10 76:20,22
**four**
59:1
**free**
28:16 46:21
**friend**
82:13
**friends**
81:22
**front**
25:11,13 41:10,20
68:22 79:21 80:6,9
80:11
**fucking**
74:24
**full**
4:15,17
**fully**
102:15

**further**
82:19 97:4,8 100:11,16
100:21

**G**

**gaitan**
4:2
**garden**
8:4,6,6,8,10,12 88:17
89:24
**general**
48:18 49:3
**generally**
48:16
**gentleman**
34:9 35:8,17,20,21
36:1,7,11,15,21 39:6
39:9,17 40:12,17
41:5 42:1 49:17 78:9
78:12,13 81:11 93:8
93:10,19,22 94:4
**gentlemans**
94:1
**gentlemen**
78:17
**gently**
38:19
**getting**
8:4 61:4 74:12 92:2
**give**
4:18 29:14 33:23,24
60:10 73:8,9 75:6,15
76:9 83:12
**given**
98:8,12 100:14
**gives**
86:10
**glendale**
5:9
**go**
7:12 8:5 11:8,11,15,20
13:24 14:3 17:6,9,11
18:15 19:1,1,10 20:3
21:16,24 28:23 31:5
37:5,12 39:3 40:3
42:22 43:17,17 45:24
46:22 54:24 56:7
58:2 60:21 61:20,21
61:23 64:11,11 66:8
70:15 72:7 73:13
75:5 76:20,22 77:20
77:23 78:4,13 86:5
86:21
**goes**
11:14 31:7
**going**
4:21 5:3 7:4 8:12,22,24
10:24 11:6,18 13:24
22:8 31:11,12 32:2
34:17 37:1,10,19
38:4,10,11,12,21
43:12 45:2,5,6,10,17
45:19 46:24 47:18,22
49:18,19 56:16 58:12
58:14 59:10 60:10
62:7,24 63:2 64:15
65:2,4,13 66:8,10,24
67:7,9,10 70:20
72:14,23 74:1,2,7,8
76:10 81:15 82:22
87:12 88:13,24 89:22
89:24 91:12 92:6
94:16,17 96:12 97:1
**good**
5:5 34:5 37:8 42:16
82:23 94:9,17
**goodbye**
18:23

**gotten**
12:14
**grade**
72:8
**grades**
72:7
**grand**
58:7
**grandchildren**
70:14
**grandson**
93:7,16,21
**great**
61:12 67:12
**grocery**
69:19,21
**guess**
16:2,5 18:6 47:9 76:17
89:16
**guessing**
16:2 89:17 96:14,20
**guesswork**
17:19
**guys**
27:7 56:7 64:1

**H**

**h**
3:12
**hair**
39:21
**half**
15:7
**hand**
41:23 55:7 94:1 101:3
**handcuffs**
48:8,10
**handling**
91:15 102:17
**happen**
64:4
**happened**
6:17 31:15 38:6 51:3
51:12,21 86:22
**happening**
27:13 47:12,19 49:9
**happens**
17:6
**happy**
61:15 62:24 63:6 64:22
**harass**
72:15,20
**harassed**
77:14
**harassing**
67:8
**harassment**
72:22
**hard**
34:21 59:21 64:7
**harrington**
2:7,7 3:3,4 4:14 5:13
8:14,16,21 13:8,10
13:17 14:1 15:3,6,11
16:7 19:7,14 24:7,14
28:18,19 29:13 31:3
31:24 32:10 33:12,18
34:1 35:6 37:14
38:21 39:3,5,12
40:23 42:23 43:19
44:6 45:11,18 46:2
47:10 51:1,9,12,17
51:18 53:7,9,20
58:13 60:3,9,15,19
60:21 62:4,11,15
64:19,21 65:7 66:21
76:14 83:3,16 84:1,3
88:4,8,15,23 89:4,13

**hasan**
2:3
**hate**
61:3
**head**
4:23
**hear**
32:21 39:7 58:21 59:2
61:15 80:13,17,19
84:10,12
**heard**
51:8 55:13 92:13 93:4
**hearsay**
91:12
**heart**
77:11,11
**heights**
5:9
**help**
76:15 85:8,14 87:12
**helpful**
76:12
**helps**
70:4
**henry**
100:2
**heres**
60:9
**hereunto**
101:3
**hes**
9:24 88:15
**hey**
11:17
**highest**
72:4
**hispanic**
29:9
**hold**
31:17 33:17 50:16 53:3
**home**
5:18,21 9:18 14:5,6,9
14:10,12,13 16:21,24
17:1,4 19:17,20,23
19:24 22:24 23:3
56:1,9,10,18 57:20
58:5,7 70:17 84:24
85:10,12 86:1 92:8
92:12
**honest**
18:3 23:16 45:2 52:16
62:13 64:15 75:21
**honestly**
77:17
**hope**
77:12
**horrendous**
74:19
**horrific**
74:19
**horwitz**
2:2,3 3:5 5:11 8:1,18
12:24 13:21 15:5,8
15:23 16:1 17:16,18
17:22,23 18:2,5,10
18:13,15,18,22 19:1
19:6 27:7,17,21 28:8
28:12,15 31:17 32:2
32:7 33:14,17,19,24
34:5,13,15,20 37:5
37:24 39:1,9 42:9,13
42:17,19,22 43:15
45:21 46:8,11,13,18
46:21 47:7 51:5,10
51:16 53:3,8 58:12
58:18 59:2,6,10,14

**hasan** *(continued at 59:18,21 etc.)*
59:18,21 60:1,6,12
60:18,22 61:6,9,12
61:15,22 62:6,10,13
63:9 64:20,23 65:2
65:19 66:6,18,23
67:7,19,22 68:1,4,8
68:14,18,23 69:2,5
72:12 73:8,11,14,21
73:24 74:5,7,12,17
74:21 75:1,5 76:15
77:5,20,22 83:23
88:2,7,12,16 89:3,8
89:16,22 90:4,8,10
90:14 91:4,7 92:1
94:16,23 95:23 96:4
97:3,6 102:6,6,9
**hospital**
97:2
**hour**
1:21 15:7 18:21 58:24
**hours**
38:11
**house**
10:12,20,21 12:6 17:9
20:3,7 21:17,21
22:21 23:6 55:1
56:20,24 58:6,10,11
70:1 82:4,4 93:6
**humble**
64:5
**hurt**
71:15
**husband**
52:1,1,7,8,21,21,23
53:12,21 57:4 69:21
82:5,12,15
**husbands**
82:13 94:5

**I**

**idea**
81:8 93:24
**identification**
3:13
**identify**
31:21 64:14,18
**ignored**
93:4
**ill**
5:11 37:14 42:9 64:18
65:21,23 66:3 68:11
69:3 72:12 73:8,9,18
76:22 83:13 89:1
**illinois**
1:2,19,20 2:4,9,13 98:1
100:1,4 101:4,9
102:2,8,14
**illnesses**
47:14,15
**im**
5:3 8:24 11:18 13:2,9
17:23 18:8,14,18
27:3 28:1,13 30:24
31:2,20 32:2,8 33:3
34:24 36:18 37:19,21
38:8,10,19,21 42:18
43:12,18 46:13,15,24
48:9,16,17,18,19,20
50:17 58:14,18 59:3
59:10,13,16 60:6,12
60:19 61:2,7,5,20
62:6,13,24 63:6,18
63:21,23 64:2,3,22
65:2,4,13 66:6,8,10
66:13,21 67:7,7,13
67:18,20 68:20 70:21
71:4,9 72:13,22 73:4
73:16,19 74:12 75:1

**immediately**
14:3
**important**
16:1 18:5 37:20
**improper**
17:17
**incident**
3:17,23 6:12,16 7:20
86:24 87:11,18 88:6
88:9 89:7,12,15,21
90:21 91:2
**includes**
98:12
**inclusive**
98:9
**increase**
90:20
**increasing**
62:12 63:14
**increments**
62:21
**independent**
46:22
**indicated**
26:5,15 27:4,17,19
28:5,9,17 40:5 52:11
63:7 73:16 78:4,13
83:4 93:16
**indicates**
31:14
**indirectly**
100:24
**information**
10:16 21:6 22:8 65:21
65:23 66:9,10 88:12
94:3
**informed**
21:5
**injuries**
8:3
**injury**
8:4 91:14
**inquiry**
88:3,7,18 90:15
**inside**
30:13,14,14,15 35:21
55:12
**instance**
86:16
**instinct**
75:17
**instruct**
32:2 66:18,24 67:7,16
69:5 72:14,22
**instructing**
66:6 67:5,18,20
**instructions**
8:22,24
**intention**
63:19 72:15,18
**intentions**
37:11 38:8
**interested**
100:24
**interjected**
77:3
**interjecting**
17:17
**interpret**
4:3 50:16 67:2,4,8 68:6
**interpreted**
46:4

**interpreter**
4:1,3 13:2 24:9 28:3,3
28:9,14,16 36:18
40:14 46:4,6 47:5,9
50:17 67:3,3 92:18
96:1
**interpreting**
28:4
**interrogatories**
8:9
**interrupt**
18:18 46:18
**interrupting**
73:15
**invite**
11:15
**invites**
11:13
**involved**
20:18 71:19,23 74:15
**involving**
9:3
**irrelevant**
72:16
**issue**
62:23 73:18 92:2,3
**issues**
37:3
**ive**
6:6,22

**J**

**jail**
49:18
**january**
3:17 5:7 6:17,20,24 7:3
7:11,15,21 10:21
11:1 12:7 14:16,20
14:23 15:13,18 16:17
20:22 22:5 48:15,22
49:4 50:7 56:18
69:15 86:11,14
**jill**
2:12 65:13
**job**
10:13 16:18 38:24 47:3
73:5
**judge**
32:4,7,9 38:14 61:19
68:22,24 72:23 74:9
74:12
**judges**
75:9,10
**jury**
38:16

**K**

**keep**
37:19 47:3 60:15
**khalid**
2:3
**kids**
20:17 58:7
**kill**
47:23 49:19 52:2,24
53:14 81:15
**killed**
45:10,17,20
**kind**
6:1 10:15 23:19 38:4
38:17 45:2,9,15
61:15 64:12 81:16,16
86:4
**kitchen**
57:21
**knew**
21:9,9
**knot**

59:15
**know**
3:20 5:3 9:16,20 10:13
10:14,15 11:4 12:12
12:14,17,20 14:15,23
15:12,14,16,20,21,22
16:3,3,8,10,12 17:7
18:6 21:2,4 22:5 26:7
27:14,23 28:10 29:10
29:12 30:1,23 31:4
32:11,15,19 33:19
35:10 36:3,4 37:11
37:20 40:21,21 41:16
46:14 47:21 48:13,17
48:17,18,21 49:2,9
51:19 52:3,14,15,21
54:16,17 57:8,22
58:18,22 59:2 62:2,4
62:7,9,19 66:21 67:6
67:21 70:21,24,24
71:5,19 77:18 78:3,6
78:16,18 79:4,10,23
80:10,17,18 81:2,5,6
81:7,14,20,22 82:9
82:12,13,13,14,17,17
83:21 84:4,21 85:4
86:4,6,21 87:10,24
88:10,24 90:16 93:5
93:8,10,11,12,13,15
94:2,6 95:4,6 96:16
96:18
**knowing**
73:5
**known**
6:12

**L**

**lady**
70:3 78:21
**lake**
102:1,2
**land**
38:12
**language**
4:4,5,5,6 8:9
**lately**
10:8
**latitude**
73:9
**law**
2:2 8:7,11,19 61:11
102:6
**lawsuit**
6:11 31:14,19 32:5
64:12 71:1,2,6,8,23
72:2,17
**lawsuits**
31:20 71:12
**lay**
17:12 19:11
**leading**
95:22
**leads**
35:23
**learned**
31:10 81:3
**leave**
15:1 18:22 43:1 54:21
56:2 58:15,21 60:18
61:5 63:22 68:8,11
68:15 69:3 74:1
79:20
**leaving**
43:6 55:17 74:1 75:1
82:22 83:18 94:12
**left**
11:20,22 14:13 18:17
20:3,7 23:3 55:2 56:7

61:1 74:11 84:18
**legs**
11:2 36:4
**level**
34:20 35:2 38:17 62:1
62:12 72:4
**lewis**
2:11,12 3:4 17:16 18:1
18:8,12,14,20,24
19:3 27:16,20 32:4,8
43:12,17 44:3 46:3
46:10,12,17,20 58:14
58:23 59:5,7 60:20
61:2,7,10,13,18 62:9
64:24 65:6,12,13
66:5,13,15,20 67:2
67:18,20,24 68:3,6
68:13,16,19,24 69:4
69:7 73:2,10,12,20
73:22 74:4,6,14,18
74:23 76:22 77:6,10
77:16 78:1 82:19
83:10
**lexapro**
3:18 6:10 7:1,3,10,14
7:22
**liability**
58:16
**license**
48:17
**lied**
32:9
**life**
10:17
**limit**
102:17
**limited**
73:4
**line**
37:19,20 59:7 90:15
99:3
**listed**
7:14
**litigate**
35:4
**little**
53:3 73:9 74:13 94:16
**live**
5:8
**lived**
5:14 9:7 10:18,19
**lives**
9:16,20,22 20:18 82:5
**living**
56:18,22 85:13
**located**
3:20 16:11 51:9 88:1
88:15
**location**
91:23
**lock**
33:1,8 41:22,24 43:2,5
43:11,14 44:1,8,11
51:2,2 80:18 83:5,8
**locked**
34:11 41:11,13,15,17
41:19 42:5 43:1,7,8
44:5,10,14,17,22
45:1 51:4,11,13,20
51:21 79:5,13,18,19
80:5,5,7,12,13 81:13
81:14 95:10,21
**long**
5:14 6:4 9:7 17:3 19:19
20:2 21:18,20 32:16
32:19 44:22,24 59:18
**longer**
18:4 37:6,13
**look**

49:8 75:13
**looked**
26:10 57:10,12 93:8
**looking**
23:19 48:23 87:5,6
**lorazepam**
3:18 6:10 7:2,10,15,23
73:22 74:1,3
**lost**
72:17
**lot**
14:22 18:3 23:19 24:4
24:12 96:9
**loud**
16:14
**loudly**
41:6
**low**
34:20 35:2
**luck**
82:23

**M**

**m**
1:21 2:7
**maam**
4:15 51:19 83:4,17
89:5 92:6 94:8,11
**magalia**
1:13 3:2 4:8,17 15:21
15:24 24:6 29:10
30:24 31:16 42:15
98:17 99:20 100:5
102:10
**making**
34:24 38:19 45:22 61:2
**man**
29:6,7,8 39:18,19,23
40:2,3,5 41:3 44:10
44:11,14,17 51:2,20
78:3,6 79:4,7 80:21
83:5,7
**mans**
29:14 39:20
**marasa**
2:11
**march**
65:17
**marked**
3:14
**matter**
102:17
**me**
100:2
**mchenry**
1:19 100:4 101:9
**mean**
28:11 30:13 46:3 51:5
54:15 56:21 57:13,14
76:14 87:2,3 94:3
95:20
**meaning**
22:18
**means**
28:17
**meant**
28:6
**mechanic**
21:3 82:12,13,15
**mechanical**
21:7 82:9
**mechanics**
82:17
**medication**
6:22 7:1,6 85:2,4,7,16
85:23,24 86:4,8
87:15 90:21
**medications**

3:18 6:7,9,20,23 7:9,14
7:17,22
**members**
81:22
**mention**
87:10
**merely**
67:21
**mexico**
72:9
**michael**
1:17 100:3 102:22
**michigan**
16:12
**mike**
19:7
**mind**
49:20 63:16 76:7
**mini**
83:13
**minutes**
19:2 21:19 25:22 44:24
56:24 60:22 75:7,15
76:9,20,22 77:23,23
**misdemeanor**
9:2
**missed**
53:3
**moment**
7:5 17:15
**moments**
76:5
**monday**
86:18
**month**
10:2 87:19,20,21
**morning**
7:8 12:18
**motorsport**
1:7 2:14 70:20,21 98:4
102:10
**motorsports**
6:13 14:16,19 20:11
**mouth**
74:24
**move**
31:22 32:3 60:17 63:19
65:20 81:10

**N**

**n**
3:1,16
**name**
4:15,17 65:13 85:4
87:22,23
**names**
9:11 65:19 66:3
**nasty**
64:5
**nature**
23:20 72:18
**near**
31:4 36:8 42:4 47:24
48:24
**necessary**
8:20 37:6
**need**
4:24 22:12 27:7 38:22
38:22 46:19 54:14
60:21 61:17,23 63:3
63:4 64:11 73:2,22
74:20,24 76:1,1,6
90:10
**needed**
21:24 25:19,20 46:20
53:19
**needing**
64:10

**needs**
37:17,18 60:10 61:23
**negative**
81:22
**nervous**
42:17,18 47:14,23
50:13,14,20 59:17
80:2
**nervousness**
47:13
**never**
9:4,6 31:12 45:8,14
46:10,12 50:10 57:3
59:23 68:19 71:12
81:3,20 82:7,11
**nice**
77:1,2
**nicely**
77:1
**night**
7:7,18 85:22 86:5 92:8
92:10
**noon**
12:20,23 13:14
**normal**
57:11 61:10 86:18
**normally**
7:6,7 63:5 86:6
**north**
24:2
**northern**
1:2 98:1
**notary**
1:18 98:23 100:3 101:9
**notated**
91:22
**note**
8:14 102:14
**noted**
18:2
**notes**
94:7
**notice**
1:14 29:20 39:22 55:24
83:9,20
**number**
3:13 23:8 47:4 57:6,7,8
83:23

**O**

**o**
3:16
**oath**
98:10
**object**
18:1 43:12 95:22
**objection**
8:14 13:3 18:2 39:9
44:3 89:1
**objections**
90:6 91:17
**observed**
46:13 51:7,13
**obvious**
62:10
**obviously**
63:11
**occasions**
73:14
**occurred**
87:11
**occurring**
38:2
**oclock**
82:22
**offended**
77:12
**offer**

64:19
office
3:20 24:22 25:2 29:1,3
29:6,15 30:7,10,16
30:19 31:8,13 32:21
33:1,7,10 35:13,16
35:17,19,24 36:2,6
36:11,16,22 39:7,14
39:17,24 40:3,6,13
40:17 41:4 69:1 78:4
78:7,9,13,14,15
80:22 87:24 91:24
101:4
officer
1:7 2:10 25:23 26:3
30:8 33:16,22 34:10
34:11 36:8,10,13,16
36:23 40:6,11 41:10
41:11,14,19 42:2,3,4
42:5 43:10,14 44:1,8
47:21,22,24 48:2,4,6
48:8,10,24 49:6,11
49:15,19,21 50:4,8
50:12,15,21 54:4,7,8
55:3,6 57:10,15
80:21 81:12 83:7,17
84:10 94:11 95:9,10
95:11,13,15,16,19
98:4
officers
1:9 48:9,12,14,21 49:3
54:1 98:5
oh
52:15
okay
4:24 15:5,23 16:13
22:13,14 24:8 27:19
28:18 34:5,15 35:12
38:15 42:13,19,22
43:4,16 46:2,24
52:17 53:9 58:13
61:9 62:6 64:23 65:5
65:6,7,14,16 66:6
70:5,24 71:19 72:1,4
72:7 74:4,24 78:9,19
78:22 79:1,4,17,20
79:24 80:9,12,21
82:19 83:14 84:24
85:18,24 88:23 89:8
90:5,9,11 91:7,8,11
92:11 94:8,16,18
95:2,3,6 96:9,12
old
70:11
once
24:19 25:14 54:23
55:15 85:7 87:17
open
25:15,16 35:9,22 38:3
43:8 46:23 54:11
79:24 80:1,3 92:15
92:16 93:23
opened
25:17 35:20 54:11,13
opinion
8:19 88:17
opponent
91:11,20
opposed
27:20
opposite
36:13
order
73:19 75:18 86:5
orders
83:12 88:13
original
102:13
outrageous

68:17
outside
5:18,20 26:13 30:13,14
30:14,14 31:8 55:3
55:19

P
p
1:21
page
3:1 99:3,22 102:13,18
102:23
pages
98:9
paid
71:17
pain
90:16
pampered
71:11,12,13,15 72:11
paper
55:7 93:20,24 94:4
papers
92:9 93:6,9
pardon
83:10
parents
70:18,19
park
1:9,10 12:11 14:3
84:13 98:5,5
parked
23:23 24:4,11,16,19
parking
24:4,12
part
38:24 86:18
participate
42:20
parties
100:22
partner
74:15
party
91:11,20
patting
96:22
pay
18:24 79:3 80:15
paying
57:13,14
payment
22:6
pending
13:8 34:1,2
people
26:24 29:18,23,24 30:1
30:3 31:20 35:3,11
39:22 44:4 57:14
67:4 71:22,23 72:2
79:2 81:4 92:24
percent
64:2
perform
28:6
period
63:17 70:17 72:13
person
9:22 10:3 25:3,22 26:6
26:10,16,18 27:1,3,5
27:17,18 28:5,5,6,9
28:17,17 29:2,5 33:1
33:8 34:9 39:13,16
41:14 43:5 49:23
50:1 55:16,22 63:10
64:10 80:13 93:11,13
93:17
personal

100:8
persons
76:6
pertaining
1:16
phone
10:4,5 23:2,6,10 51:23
51:24 52:9,10,10,12
52:14,18,20 74:9,12
phones
23:6
phrase
84:11
physician
3:17 7:21 86:9 91:20
pick
12:10 70:18,19
picked
12:9,18 13:19,19,23
14:2,24 16:16,20
17:4,8 20:6 22:24
96:6,14,16
picking
14:3 19:16
piece
55:7
piedmonte
83:20 85:20
place
19:24 59:23 71:10 98:8
100:17
plain
63:17
plaintiff
1:5 2:5 71:5 91:2 98:3
plans
82:23
play
75:14
playing
93:19
please
4:16,22 5:2 16:4 19:8
43:20 46:7 50:18
66:12,23 67:2 68:8,8
68:14 77:10 83:11
89:16 102:14,18
point
32:12 38:13 56:12 63:2
64:5 71:10 78:17
90:13
pointed
28:10 56:4
police
1:9 25:22 26:3 30:7
33:10,16,21 34:10,11
36:8,10,12,16,22
40:6,10 41:10,11,14
41:19 42:2,3,4,5,7,8
43:10,14,24 44:8,18
48:9,10,12,14,16,19
48:21,23 49:2,6,11
49:15,19,21 50:4,8
50:10,14,21 52:2,15
52:24 53:14 54:1,4,7
54:8 55:3,6 57:2,3,10
57:15 80:21 81:12,21
81:23 83:7,17 84:10
84:13 93:13 94:11
95:3,4,9,10,13,15,18
98:5
potentially
57:17
power
55:10
practicing

61:11
precludes
88:18
prefer
66:16
preliminaries
5:11
prescribed
86:8
present
2:17 57:1 60:13,14
63:22 75:11 95:10
preserving
90:12 91:17
pressure
96:23
presumably
91:5
pretty
11:2 14:22 62:10 64:4
prevent
55:16,22 83:18 94:12
prevented
43:5
prevents
6:2
primary
72:6,8
privacy
88:20
private
20:18
privilege
88:20
problem
27:8,10,10,13 38:1
45:9,15
problems
45:8,14 50:10 82:10
procedure
1:15
proceed
60:19 67:10 75:19
produced
61:24
productive
62:16
profusely
77:3
protect
76:19
protective
73:19 75:18
provide
10:16 65:19 66:3,9,10
88:12
provided
8:8 62:20
provides
102:15
providing
62:14 63:15
provoking
63:21
psychiatric
8:3,5 90:17 91:13
psychiatrist
3:22 47:16 86:10,21
87:9,12,17,20,22
88:5,6 89:6,6,9,15,20
90:18
psychiatrists
3:20 87:24
psychological
6:3
public
1:18 98:23 100:3 101:9
purchased
14:16,19 20:11,23 82:2

purpose
60:3,5,16 64:16 88:2,7
90:15,16,23,24 91:1
pursuant
1:14,14 47:3
purview
8:12
pushed
54:11
put
37:10 49:18 89:1
putting
60:15

Q
quarter
58:15
question
5:2,4 8:1,2,17,18,20,23
13:1,6,8,9,21 18:7
19:7 22:13 24:9
31:17,18,23 32:3
33:13,20,21 34:1,2
35:12 38:2 43:12,16
43:19 44:7 47:17
49:1 53:10 66:7,12
66:23 67:14,14,23
68:1,4,10,18,23 69:5
69:6 84:1 88:14,15
88:24 90:14 95:2
questioning
27:24 38:8
questions
4:4 16:4 17:17 34:22
34:24 37:8,8,15 38:1
38:22 59:10 65:14
66:1 72:12 73:3 75:7
75:16 76:4,11,15
77:2 82:20 88:21
92:6 94:14 96:5,7
quite
67:6 72:19

R
r
1:17 3:16 100:3 102:22
raise
55:12
raised
41:4
raising
28:13 48:4
rang
92:17,21
rare
14:22
rationale
91:15
read
13:4,10,11 19:9 24:10
33:4 36:19 40:15
43:21 45:12 46:6
50:18,19 53:11 92:19
98:7 100:12
ready
60:19 61:20 62:17
94:24
reality
46:11 77:14
really
24:3 29:21 80:2
reason
52:2,24 53:14 99:5,7,9
99:11,13,15,17
recall
22:20 23:1 27:6
recess
15:9 19:4 34:18 42:11

59:8 65:8 75:3
recollect
37:10
recollection
12:22 13:13,18 19:15
24:15
recommend
77:5
recommended
75:11
record
4:16 13:4,11 19:9
24:10 28:3 33:4
34:24 36:19 37:10,15
40:15 42:13 43:21
45:12,22 47:1,6
50:19 53:11 60:4,16
61:16 62:2,3 63:17
63:24 65:1 66:13
73:11,12,16 75:1,5
75:10 76:23 77:22
82:21 89:2 90:12
91:18 92:2,19 94:20
100:14 102:24
recorded
100:7
records
88:11 91:6,21 92:2
reduced
100:8
reentered
77:8
referred
39:16
referring
14:7
reflect
73:11,12
regard
67:1
regarding
6:12
regardless
46:15
relative
67:17 72:21 100:21,23
relax
85:13,15 87:16
relaxed
85:17
relayed
91:2
relevant
65:21 73:6
remain
102:15
remained
26:13
remember
3:22 5:22 6:5 9:8 11:21
12:21 13:15 17:2,14
17:24 18:4 19:18
20:4 21:12 23:16,21
24:3 25:7 30:22 31:6
36:5 47:16 53:21
54:12,20 55:5 65:17
72:1 78:8 86:13
89:17,18,20 96:6,18
repeat
45:11
repetitive
37:8
rephrase
51:14
reporter
1:18 4:20 83:11 96:2
97:5
reporting
102:1,20

represent
  37:12
representing
  2:5,10,14
request
  38:19
reread
  43:19 53:10
reserved
  97:6
respect
  37:11 38:8 76:3
respectful
  76:24
respond
  4:22,22
response
  20:13
responsibility
  34:23
rest
  85:18,20
return
  102:18
returned
  14:9 16:21,24 17:8
    19:22
returning
  19:17
review
  102:12
ride
  21:10,11,13,14
riding
  23:23
right
  5:11 23:6 25:2 26:14
    26:24 28:12 31:14
    38:20 39:3 40:7,10
    42:9 44:12 52:12
    53:2,18 59:6 65:3
    67:9,10 68:14 71:1
    76:3 88:20 89:2
    93:17 96:9,22 97:1
rights
  31:22 37:22 52:5 53:2
    53:5,17,19
righty
  74:14
ring
  92:13
risperdal
  3:18 7:2,10,14,22
rode
  82:7
rojas
  1:4,13 2:19 3:2 4:8,17
    15:21,24 18:16 19:15
    24:6 29:10 30:24
    31:16 33:23 60:24
    65:13 66:16 74:10
    77:8,10 98:2,17
    99:20 100:5 102:10
    102:10
room
  17:6 18:17 26:12,17,22
    27:2 34:8 35:8,9
    60:18 61:1 68:11,15
    74:11 75:2,24 77:9
    85:13
rude
  19:3,3,3
rule
  47:3 91:12 102:14
rules
  1:15 72:21
ruling
  90:13
run

11:18 59:16 84:22 87:5

——————— S ———————
s
  3:12,16,16 98:15
    102:24
sad
  61:13
saith
  97:8
saturday
  86:17
saw
  10:11 23:18 26:18,20
    26:21 30:1 34:6,6
    36:8,10 39:6 47:21
    47:24 49:7 50:13,14
    50:21 51:2,7,22
    75:22 78:24 79:23
    80:2,7 81:1,11,12
    83:4 93:8,16 95:15
    95:19
saying
  21:14 26:21 28:1 32:8
    37:15 38:10 39:8
    59:3 60:12 63:22
    64:17 68:24 80:17
says
  28:5 46:17 47:8
scared
  48:23 49:7,16 50:4,12
    95:8,9
scenario
  31:21
school
  58:8 70:15 72:6,8
schubert
  5:8 14:7,10 16:22 17:1
seal
  101:4
seat
  74:7
seconds
  69:2,4
sections
  64:22
secure
  65:21
see
  4:20 26:3,16 27:2
    29:18,23 30:7 33:1,7
    34:7 36:16,22 40:2
    41:17 43:2,3,4,7,10
    43:14,24 44:4,8,11
    44:23 47:5 49:15,21
    49:23 50:1 54:1 55:6
    64:3,14 65:4 72:23
    78:19 80:5 81:17
    82:3 83:7,17 87:8,10
    87:17,19,20,21 89:10
    92:13,24 93:2,3
seek
  75:18
seeking
  22:6 38:13 73:19 88:18
seen
  10:7,8,9
sensing
  28:2
serve
  92:9 93:6
service
  28:7
set
  11:7 23:15 101:3
shake
  4:23
shaking

11:3 36:3,4,5,7
shape
  86:20,23 87:3
sheet
  98:15 99:1,22 102:24
sheets
  102:12,18
shell
  47:8
shes
  17:16,18 18:10 28:12
    60:9 62:1,17 63:2,10
    64:6,14,17,17 65:3,4
    66:9,24 67:9,10
    73:15 74:1,1 75:22
    83:23 88:8 94:17
shop
  21:3
shopping
  69:19,22
short
  70:17 72:13
shorthand
  1:17
shortly
  42:10
shouldnt
  67:5
show
  8:15 90:6
showroom
  30:18 31:8,9 32:14,16
    35:7,14 36:17,23
    79:1,2 81:4
shut
  73:10,10,13,15 74:5,24
sic
  45:16
side
  25:5 36:13,13 40:8,9
    79:15,17,21 80:6,9
    80:10
sides
  25:11
signature
  97:5 102:13,18,23
signed
  100:12 102:15
simple
  63:17
sincerely
  102:19
single
  25:7
sitting
  26:18,20,21 35:7 65:24
    66:9 75:13 78:21,24
six
  10:10
sleep
  85:21,22,23,24 86:5,7
slept
  85:23
slight
  27:12,22
slightly
  73:6
snow
  93:3
somebody
  25:16 26:17,20,21
    28:21,24 32:13 44:20
    52:6 62:23 71:22,23
    92:9,12 93:5
son
  10:22 15:12 19:16 20:6
    20:10,22 21:11 22:4
    22:9 24:21,24 25:17
    25:18,21 26:6,9,15

26:16,19,22,24 27:4
    27:5 28:20,21,23
    29:3,6,15,17,22 30:2
    30:6,10,16,19 31:7
    32:13,17,24 33:6
    34:8,9 35:8,9,13,16
    35:19,21,24 36:6,10
    36:15,20 39:6 42:1,3
    42:7 45:8,13,19
    47:11,22,23,24 48:2
    48:24 49:11,18,19
    50:1,15,22 51:23
    52:3,24 53:1,15,16
    55:12,16,23 57:17
    78:3 79:24 80:22
    81:15 82:2 83:18,21
    84:4,11 95:19,20
    96:6,14
sons
  82:5
soon
  74:14
sorry
  13:2,9 24:9 27:3 30:24
    31:2 33:3 36:18
    40:14 43:18 50:17
    61:2 66:13 71:4,9
    92:18
sort
  32:12
space
  51:6
spain
  46:14
spanish
  4:4,5 17:21 27:8,9,18
    28:5 31:16 34:15
    46:14 52:19 74:8
speak
  10:3 11:7 24:24 25:1,1
    25:20 26:16 28:21,23
    41:7 46:14 49:8
    53:23 54:4,6 55:3
    57:4 60:13 64:18
    84:7 92:17,20
speaking
  17:21 27:8,9 28:4
    31:16 34:15 40:22
    41:4,6 51:23 52:19
    67:3 74:8
specifically
  8:8 44:7 89:14
specificity
  37:7
specified
  100:17
speculation
  39:10
spoke
  10:1 26:6,7,9,15 27:5
    27:18 42:3 48:3
    51:24 87:14 93:21
spoken
  9:22
squad
  93:14
ss
  100:1
standing
  30:20,21 31:4 40:10,13
    40:18,20 41:18 42:4
    80:15 81:9
start
  22:14 28:18
started
  59:20 60:7 61:3 66:14
    84:23
starting
  86:17

state
  1:19 4:15 8:5 63:15
    73:17 76:7 100:1,4
stated
  30:10
statement
  91:2
states
  1:1,15 9:7 98:1
station
  14:5 16:21 17:5 19:16
    19:23 20:7 21:17
    23:1 57:2,3
stay
  10:20 30:12 70:17
stayed
  17:3 19:19 30:11 35:14
stenographically
  100:7
sticking
  8:10
stomach
  59:15
stop
  18:13,14 27:7 39:2
    60:21 68:16,16 76:21
    77:23 88:2,2
stopping
  68:21
store
  15:19 16:10 86:9
story
  32:6
street
  1:20 2:3,8 23:24 24:1,2
    24:16 35:23 102:7
stressful
  34:22
strike
  19:20 49:23 95:14
strongest
  75:17
studied
  46:14
stuff
  37:1 38:4,18 60:15
    64:12
subscribe
  98:10
subscribed
  98:20
sued
  71:22,23
suffer
  47:13
suffering
  64:16,17 72:20 90:17
suggestion
  58:14,15 62:19
suite
  1:20 2:4,8,13 102:7
sun
  23:15
sunlight
  23:15
supposed
  89:10
supreme
  102:15
sure
  16:4 18:8 46:16 47:1,1
    59:4 66:1 79:7 89:16
    94:10,17
surgery
  71:18
swore
  75:2
sworn
  4:1,3,7,10 98:20 100:5

system
  47:14

——————— T ———————
t
  3:12,16,16 15:17,19
    16:9,10,18
table
  64:19
take
  4:21 7:1,3,6,7,12,17
    15:6 21:18,20 34:3
    34:17 48:8,10 58:12
    65:5 76:3,6 83:13
    84:21 85:1,23 86:7
    86:18 87:14
taken
  1:16 6:9,24 7:5,9,13
    15:10 19:5 34:19
    42:12 58:24 59:9
    63:13 65:9 75:4
    100:17
takes
  69:21
talk
  10:6 14:21 32:5 46:18
    53:19 59:21 63:9
    64:9 68:12 74:23
    80:17 94:16
talked
  25:2,21 26:10 31:19
    89:11
talking
  18:18 26:23 27:1 34:8
    34:10 41:5 42:2,9
    46:24 52:16 59:20
    60:8 61:4,22 66:14
    67:4 70:21 73:16
    77:1 83:14
task
  28:6
tell
  6:23 10:24 11:19 12:17
    17:3 19:19 20:2,5
    23:12,18,22 25:4,10
    29:5,8 30:2 31:7,10
    36:1 39:20,23 41:9
    44:14,22 47:19 50:11
    51:3 52:17 56:15
    59:3 62:17 68:6,13
    68:19 75:20 85:10
    89:5,14 92:11,24
    93:21
telling
  43:4 61:4 67:21 73:13
    89:17
ten
  56:24 69:2,4
tender
  65:22
terminate
  75:11,17
terms
  64:5
testified
  4:10
testify
  60:10 63:3 100:6
testimony
  65:21 100:14
thank
  69:12 83:15
thats
  5:1,5 17:17 22:3,15
    24:2 27:9 28:2,11
    30:1 32:6 35:5 37:21
    38:20 39:4 45:21,22
    45:23 46:1,4,4 47:2

47:23 53:4,5,7 59:4
62:23 63:17,17 64:7
64:7,15 65:15 66:2
73:6,9 75:8 76:8,12
77:21 81:12,16 82:5
89:8,22,24 90:11
91:11,14,23 92:4
94:9 97:3
**theories**
76:16
**theres**
4:20 8:11 27:7,21 28:1
37:16 47:1 52:24
53:13
**theyre**
37:8 75:14 81:15
**thing**
22:11 24:20 38:8 62:22
68:21 74:20 83:14
**things**
13:15 18:3 23:20 29:20
31:22 75:14
**think**
12:24 13:5 15:3 16:2
17:18 22:12 27:9,12
28:11,12,12 37:24
38:12 43:9,23 45:23
52:11 54:14 61:18,18
62:11,13 65:3 72:18
73:5,22 77:1 86:16
88:10 89:8,22,24
90:10,12 91:11,14,17
91:21 93:16 94:7
**third**
13:21 64:10 72:8
**thought**
49:17 50:15,22
**three**
5:15 6:5 7:1 9:10 10:19
47:14 58:24 60:22
73:14 74:5 86:20,24
87:1,8
**throw**
38:4
**time**
5:20 10:1,7,9,18 11:19
12:12,13 13:18,19,21
13:22 15:4 17:7,15
18:9 20:6 21:22
23:12 30:8 37:19,20
39:1 44:23 52:12
55:6 62:5 63:6 65:22
70:17 71:10,17 72:13
73:18 76:5 83:13
92:11,13 95:6 96:5,5
96:13,20 98:8 100:17
**times**
61:14 70:2 74:5 83:24
**tizzy**
61:4
**tmobile**
23:11
**today**
6:7,9,11 58:16 59:19
71:6 96:7
**told**
3:22,22 11:17 13:24
20:14,19,24 22:2
29:1,2,5,15 30:7 32:4
41:7 42:7 47:16
51:19 52:1,23 53:12
53:21 61:24 64:1
73:15 74:5 78:15
84:16 87:14 89:6,9
89:20,21 91:8,9,10
93:7
**tone**
75:22 77:2
**touch**

49:21 50:1 57:15,18
**tough**
76:4
**town**
9:16
**train**
12:9,10,12,15,18 13:20
14:2,5,24 16:16,21
17:4 19:16,23 20:7
21:17 23:1 96:6,14
**transcript**
75:12 98:8,11 100:8
102:12,13,23
**translate**
24:7
**translated**
29:11 31:1
**translating**
63:14
**translation**
27:8
**translator**
63:13
**transpired**
64:6
**treading**
91:13
**trial**
38:14 60:10 75:24 76:1
**tried**
43:8 75:9 79:24 80:1
**trouble**
50:15,23
**true**
28:8 98:10 100:13
**truth**
64:15 100:6
**try**
79:20 85:13 87:15
**trying**
37:19 60:6 63:23 64:3
66:1 73:4 74:14
75:13,20 77:17 85:12
**tv**
17:13 19:13 85:19
**two**
26:23,24 60:22 67:4
70:10,13 78:16 79:22
90:6
**twohour**
62:21
**types**
7:1

---

**U**

**u**
3:16
**uhhuh**
4:23
**uhnuhn**
4:24
**unclear**
51:15
**understand**
5:2 6:14,18 8:17 33:22
34:23 37:2,2,3,7,15
38:7 39:11 40:24
41:7,8 48:20 49:10
49:10 59:3 60:16
84:7 92:1
**understanding**
23:5 34:7 102:11
**understands**
38:16
**understood**
5:3 43:9
**uniform**
44:18 93:11

**united**
1:1,15 9:7 98:1
**unknown**
1:8 98:4
**unlock**
44:20
**unlocked**
54:10,17,19 55:15
**unreasonable**
62:22
**unsigned**
102:15
**upset**
47:12 66:14 77:3 84:16
92:7
**urbanski**
1:17 100:3 102:1,20,22
**use**
4:24 69:18 84:10

---

**V**

**v**
102:10
**vague**
39:9
**vanderlaan**
2:7
**variety**
8:4,6,6,8,10,13 88:17
90:1
**vehicle**
11:23 14:15,19 20:10
20:15 21:2,7 23:22
24:15,19 56:2 82:1,7
**vehicles**
23:19
**view**
64:5
**villa**
1:9,10 12:11 14:3
84:13 98:5,5
**village**
1:10 98:5
**violation**
31:22
**visit**
56:13,21,23 88:5 90:18
**visited**
92:8
**voice**
48:4 55:12 75:22
**voices**
41:4
**vomit**
59:16 62:18 63:7,8
87:4
**vs**
1:6 98:3

---

**W**

**wacker**
2:12
**wages**
72:17
**wait**
18:20 32:16 50:17,17
58:24 74:13
**waited**
32:18
**waiting**
32:14,20,24 33:5 79:1
**wake**
7:7
**walk**
55:9,10,20 85:12 87:6
87:7
**walked**
36:15,21 54:23 55:19

79:22
**walking**
23:19 26:2 55:23 85:16
**walter**
87:23
**want**
11:4,17 15:6 17:20
18:22,24 19:1 32:11
34:2 37:2,2,6 38:20
47:5 48:20 49:2
51:14,19 59:16,16
60:13 61:22 63:7,20
65:1 66:8,11,20
67:14,21,22 68:6,12
73:1 74:17,21,23
75:7 76:11,20,21
77:16 84:22 92:7
**wanted**
62:15 87:4,4
**wants**
10:6 67:24
**washington**
1:20 2:3,8 102:7
**wasnt**
49:1 57:14 64:17 77:2
89:10
**waste**
65:22
**wasting**
61:13
**watch**
17:13 19:13 85:19
**way**
28:4 59:19 61:10 62:6
63:4 77:12 83:8
91:15
**weapon**
48:6
**wearing**
39:24 44:15,17
**week**
86:17
**weekly**
69:17
**weeks**
10:10
**went**
7:15,16,18 10:22 12:7
14:5,6,20 19:24
20:21 21:7,24 24:21
25:2 26:12,17,22
30:10,16 31:13 35:13
35:16,19 48:15,22
49:3 57:20,21,23
78:7 81:16 84:24
85:20 87:10 88:4
89:5
**west**
1:19 2:3 5:8 14:7,10
16:21 17:1 102:7
**weve**
38:15
**whats**
24:19 27:13,16 37:10
64:15,20 71:16 87:22
88:2,7
**whatsoever**
77:12
**whereof**
101:3
**white**
29:8
**whos**
4:21
**willing**
58:18 75:6,15,15 76:8
76:9
**window**
87:6

**windows**
93:3
**witness**
3:1 4:7,9 17:21 18:16
34:16 37:17 38:5,23
60:24 63:16 65:23
72:14,15 74:8,10
76:24 77:7 100:14
101:3 102:12
**witnesses**
38:7 63:5
**woman**
29:6
**women**
78:19
**wont**
59:5 68:13
**word**
4:22
**words**
4:21,21,24 16:14
**work**
5:16,23 10:15
**worked**
5:18,20 14:22,23 15:1
29:24 71:10,13
**workers**
71:16
**working**
6:2 15:12,19 16:6,8,11
16:17 21:10 52:22
**works**
15:14,16,17 82:4
**worry**
21:1 47:7
**worse**
61:2
**worth**
74:16
**wouldnt**
80:24 81:2
**wrong**
52:4 53:1,16

---

**X**

**x**
1:7 2:14 3:1,12 6:13
14:16,19 20:11 70:20
70:21 98:4 102:10

---

**Y**

**yeah**
15:1 20:17,24 21:4,9
30:13 33:24 41:5,6
48:16 51:16 53:19
54:22 84:20 85:12,23
86:20 89:3 90:8
93:18 95:18 97:1
**year**
65:17 69:10
**years**
5:15 6:6 9:8 10:19
72:16
**yep**
15:8
**yesterday**
92:9
**youre**
6:11 16:2 19:3 34:6
37:15 38:4,12 46:3
46:21,24 59:3 61:2
62:12 73:3 74:7 79:7
84:11 88:24 89:16
96:22
**youve**
18:20 81:20

---

**Z**

**0**

**00**
13:23 23:14 58:16
77:24 82:21 96:19

---

**1**

**1**
13:23 98:9
**100**
64:2
**103**
98:9
**11**
1:21
**111**
1:19 2:3 102:7
**12**
1:21 13:23 70:12
**122**
5:8 14:7,10 16:21 17:1
**15**
21:19 75:6,15 76:9,20
76:22 77:22,23
**1611**
1:20 2:4 102:7
**16cv02982**
1:6 98:3

---

**2**

**2005**
72:1
**2016**
1:21 3:17 6:17,21,24
7:4,15,21 10:21 11:1
12:7 14:16,20,24
15:13,18 20:22 22:5
48:15 49:4 50:7
56:19 86:12,14 98:21
100:19 101:5 102:4
**207**
102:14
**20th**
100:18
**22nd**
7:11,15
**23rd**
3:17 6:17,20,24 7:3,21
10:21 11:1,1 12:7
14:16,20,23 15:13,18
16:17 20:22 22:5
48:15,22 49:4 50:7
56:18 86:11
**24**
9:13
**24th**
86:14
**25**
2:8 9:12
**26**
9:12
**27**
102:4
**28**
9:12 102:16
**2850**
2:13
**28day**
102:17
**29**
9:12

---

**3**

**3**
58:16 77:24 82:21
**30**
9:8 13:23 23:14 47:3
96:18
**31**

47:3 69:9
**312**
2:5,9,14
**333**
1:8 98:4
**3457230**
2:14
**3566140**
102:2
**36**
1:21
**3rd**
5:7

---
**4**

**4**
3:3
**460**
102:1

---
**5**

**56**
5:7

---
**6**

**6**
23:14 96:18
**60014**
102:2
**60601**
2:13
**60602**
2:4,9 102:8
**6308909774**
57:6
**65**
3:4
**6762100**
2:5

---
**7**

**7**
3:17 23:14 96:19
**7082284968**
23:9
**7th**
65:17

---
**8**

**8**
70:12
**800**
2:8
**815**
102:2
**8191100**
2:9
**83**
3:4
**84**
69:11
**87**
3:20
**89**
3:22

---
**9**

**911**
83:21 84:5
**94**
3:5